# EXHIBIT A

## STEPHANIE LAROCK

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Savage Garden | I Knew I Loved You | Affirmation | 276-120 |
| Capitol Records, Inc. | Steve Miller Band | Jungle Love | Book of Dreams | N42553 |
| Atlantic Recording Corporation | OPM | Heaven Is A Halfpipe | Menace To Sobriety | 303-751 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Love Takes Time | Mariah Carey | 118-408 |
| UMG Recordings, Inc. | Bloodhound Gang | Hell Yeah | Hooray For Boobies | 278-185 |
| SONY BMG MUSIC ENTERTAINMENT | Rage Against the Machine | Killing in the Name | Rage Against the Machine | 152-061 |
| Warner Bros. Records Inc. | Filter | Hey Man, Nice Shot | Short Bus | 193-079 |
| UMG Recordings, Inc. | Sublime | Caress Me Down | Sublime | 224-105 |
| Capitol Records, Inc. | Megadeth | Symphony of Destruction | Countdown to Extinction | 175-385 |
| Capitol Records, Inc. | Pink Floyd | Empty Spaces | The Wall | 14-787 |