Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Kotton Mouth Kings - Pot Head.wma | Kottonmouth Kings | 510KB | Audio |
| anonymous_user@KaZaA | Kotton Mouth Kings - Bump.mp3 | A+ | 3,964KB | Audio |
| anonymous_user@KaZaA | dueling banjos.mp3 | Dueling Banjos | 1,763KB | Audio |
| anonymous_user@KaZaA | KottonMouth Kings- Suburban Life.mp3 | Kotton Mouth Kings | 2,284KB | Audio |
| anonymous_user@KaZaA | Kotton Mouth Kings - Dying Daze.mp3 | Kottonmouth Kings | 3,328KB | Audio |
| anonymous_user@KaZaA | Kotton Mouth Kings- Life Aint What it Seems.mp3 | Kotton Mouth Kings | 1,529KB | Audio |
| anonymous_user@KaZaA | Kotton Mouth Kings - Fire It Up.mp3 | Kottonmouth Kings | 6,177KB | Audio |
| anonymous_user@KaZaA | ICP - kotton mouth kings- the joint.mp3 | Kottonmouth Kings | 4,321KB | Audio |
| anonymous_user@KaZaA | Kotton Mouth Kings - Suburban Life (1).mp3 | Kottonmouth Kings | 2,930KB | Audio |
| anonymous_user@KaZaA | Primus - Devil Went Down To Georgia.mp3 | Primus | 3,633KB | Audio |
| anonymous_user@KaZaA | kazaa272_en.exe | Sharman Networks Ltd | 7,674KB | Software |
| anonymous_user@KaZaA | Eazy E _ Real Muthafuckin' G's.mp3 | Easy E | 5,202KB | Audio |
| anonymous_user@KaZaA | 2pac westside.mp3 | Tu pac | 3,748KB | Audio |
| anonymous_user@KaZaA | 2 pac Eminem F_Tupac - When Thugs Cry (Unreleased)(1)... | Tupac | 5,859KB | Audio |
| anonymous_user@KaZaA | 04 Tu Pac - Changes.mp3 | 2pac | 4,208KB | Audio |
| anonymous_user@KaZaA | decisions.mp3 | Wakefield | 1,874KB | Audio |
| anonymous_user@KaZaA | Wakefield - Infamous.mp3 | Wakefield | 2,726KB | Audio |
| anonymous_user@KaZaA | pantera - Spongebob Squarepants.mp3 | pantera | 1,305KB | Audio |
| anonymous_user@KaZaA | 10 Heaven Coming Down.wma | v | 3,808KB | Audio |
| anonymous_user@KaZaA | wakefield - Fall to pieces.mp3 | Wakefield | 2,476KB | Audio |
| anonymous_user@KaZaA | Wakefield - Reasons.mp3 | Wakefiled | 4,428KB | Audio |
| anonymous_user@KaZaA | god called in sick today.mp3 | AFI | 3,786KB | Audio |
| anonymous_user@KaZaA | 03 - The Majik.mp3 | Chronic Future | 2,100KB | Audio |
| anonymous_user@KaZaA | 06 - Run For Shelter.mp3 | Chronic Future | 2,892KB | Audio |
| anonymous_user@KaZaA | Chronic Future - Girlie Song.mp3 | Chronic Future | 2,938KB | Audio |
| anonymous_user@KaZaA | 12 - Soul Anthem.mp3 | Chronic Future | 1,895KB | Audio |
| anonymous_user@KaZaA | pantera - Enter Sandman.mp3 | Metallica | 2,780KB | Audio |
| anonymous_user@KaZaA | Chronic Future - Eyes Wide Open.mp3 | Chronic Future | 2,722KB | Audio |
| anonymous_user@KaZaA | 11 - The Great Wall.mp3 | Chronic Future | 2,352KB | Audio |

[redacted]

My Participation Level: Low (1), Downloads: 0, Uploads: 0 | 2,133,396 users online, sharing 913,135,360 files (31,241,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New Search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | 11 - The Great Wall.mp3 | Chronic Future | 2,352KB | Audio |
| anonymous_user@KaZaA | Chronic Future - Thank You.mp3 | Chronic Future | 4,319KB | Audio |
| anonymous_user@KaZaA | New York, NY.mp3 | Chronic Future | 2,919KB | Audio |
| anonymous_user@KaZaA | Chronic Future - Shellshocked.mp3 | Chronic Future | 5,385KB | Audio |
| anonymous_user@KaZaA | Chronic Future - Say Goodbye.mp3 | Chronic Future | 7,842KB | Audio |
| anonymous_user@KaZaA | Chronic Future - D.A.R.E.mp3 | Chronic Future | 2,536KB | Audio |
| anonymous_user@KaZaA | MC Chris - Birthday Rap.mp3 | MC Chris | 517KB | Audio |
| anonymous_user@KaZaA | mc chris - harry potter.mp3 | mc chris | 1,400KB | Audio |
| anonymous_user@KaZaA | Heavy Metal - Meatwad.wav | Aqua Teen Hunger Force | 648KB | Audio |
| anonymous_user@KaZaA | MC Chris - Evergreen.mp3 | MC Chris | 3,107KB | Audio |
| anonymous_user@KaZaA | mc chris - ten year old.mp3 | mc chris | 3,291KB | Audio |
| anonymous_user@KaZaA | Blink 182 - Dammit.mp3 | Blink 182 | 1,957KB | Audio |
| anonymous_user@KaZaA | Static-X - - 00 - this Is Not.mp3 | Static-X | 3,480KB | Audio |
| anonymous_user@KaZaA | Carl's Batman too.wav | Aqua Teen Hunger Force | 688KB | Audio |
| anonymous_user@KaZaA | Seether feat. Amy Lee (Punisher Soundtrack) - Broken.mp3 | artist | 10,122KB | Audio |
| anonymous_user@KaZaA | mc chris - booties for breakfast.mp3 | MC Chris | 1,712KB | Audio |
| anonymous_user@KaZaA | mc chris - hijack.mp3 | MC Chris | 3,128KB | Audio |
| anonymous_user@KaZaA | mc chris - dq blizzard (1).mp3 | MC Chris | 4,789KB | Audio |
| anonymous_user@KaZaA | Fussible, MC Chris And DJ Who - Organica.mp3 | MC Chris | 2,799KB | Audio |
| anonymous_user@KaZaA | Mc Chris - I wanna be a stormtrooper.mp3 | Mc Chris | 1,370KB | Audio |
| anonymous_user@KaZaA | mc chris - the tussin.mp3 | MC Chris | 4,287KB | Audio |
| anonymous_user@KaZaA | mc chris - bad (dd) runner.mp3 | mc chris | 4,990KB | Audio |
| anonymous_user@KaZaA | Audio - Alternative Rock.kpl | Unknown | 0KB | |
| anonymous_user@KaZaA | Slow Songs - So Much In Love.mp3 | All-4-One | 3,326KB | Audio |
| anonymous_user@KaZaA | Eminem - White America.mp3 | Eminem | 5,093KB | Audio |
| anonymous_user@KaZaA | Billy Joel - Oh What A Night.mp3 | Four Seasons | 2,946KB | Audio |
| anonymous_user@KaZaA | MC Chris - Gangster.mp3 | MC Chris | 2,202KB | Audio |
| anonymous_user@KaZaA | Chronic Future - Scottsdale Brat.mp3 | Chronic Future | 2,590KB | Audio |
| anonymous_user@KaZaA | 06. Can I Kick It.mp3 | Sage Francis | 2,486KB | Audio |

I wanna

Audio

My Participation Level: Low (1), Downloads: 0, Uploads: 0 | 2,133,395 users online, sharing 915,135,360 files (31,241,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New Search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | 06. Can I Kick It.mp3 | Sage Francis | 2,486KB | Audio |
| anonymous_user@KaZaA | Sage Francis - Personal Journals - 06 Broken Wings (1).mp3 | Sage Francis | 3,682KB | Audio |
| anonymous_user@KaZaA | ICP feat Cotton Mouth Kings - Wicked Clowns.mp3 | Insane Clown Posse | 4,297KB | Audio |
| anonymous_user@KaZaA | Sage Francis - Makeshift Patriot (1).mp3 | Sage Francis | 5,442KB | Audio |
| anonymous_user@KaZaA | reveille - what you got.mp3 | Reveille | 2,811KB | Audio |
| anonymous_user@KaZaA | Mud vain - Digg.mp3 | Mudvayne | 1,133KB | Audio |
| anonymous_user@KaZaA | Reveille - Inside Out(1)(1).mp3 | Reveille | 4,887KB | Audio |
| anonymous_user@KaZaA | Clint Black - One Boy, One Girl.mp3 | Brad Paisley | 3,854KB | Audio |
| anonymous_user@KaZaA | Brad Paisley - He Didn't Have To Be.mp3 | Brad Paisley | 5,526KB | Audio |
| 2 Users | Disturb - Fear.mp3 | Disturbed | 4,438KB | Audio |
| anonymous_user@KaZaA | Brad Paisley - She Said Yes.mp3 | Brad Paisley | 3,153KB | Audio |
| anonymous_user@KaZaA | Savage Garden - Chica Cherry Cola.mp3 | Savage garden | 3,590KB | Audio |
| anonymous_user@KaZaA | Deftones - Back to School .mp3 | Deftones | 2,994KB | Audio |
| anonymous_user@KaZaA | Rolling Stones - Sympathy For The Devil.mp3 | Rolling Stones | 6,054KB | Audio |
| anonymous_user@KaZaA | twizted broken wings (1).mp3 | Twiztid | 3,229KB | Audio |
| anonymous_user@KaZaA | Twiztid - Blam!.mp3 | ICP | 2,606KB | Audio |
| anonymous_user@KaZaA | Twistid- Freek Show-We Don't Die.mp3 | Twiztid | 2,958KB | Audio |
| anonymous_user@KaZaA | Def Tones - Change.mp3 | Deftones | 5,883KB | Audio |
| anonymous_user@KaZaA | The Joker.MP3 | FATBOY SLIM FEAT. BOO... | 6,678KB | Audio |
| anonymous_user@KaZaA | Insane Clown Possie - Toybox.mp3 | ICP | 3,597KB | Audio |
| anonymous_user@KaZaA | ICP - I Stab People.mp3 | Insane Clown Posse | 1,927KB | Audio |
| anonymous_user@KaZaA | Insane clown possa - CottonCandy (1).mp3 | ICP | 3,861KB | Audio |
| anonymous_user@KaZaA | My Homie Baby Mama.mp3 | Insane Clown Posse | 3,904KB | Audio |
| anonymous_user@KaZaA | ICP . Prom Queen.mp3 | Insane Clown Posse | 6,472KB | Audio |
| anonymous_user@KaZaA | ICP_Twiztid - Juggalo Family.mp3 | ICP | 8,595KB | Audio |
| anonymous_user@KaZaA | Insane Clown Posse with Twiztid - Dirt Ball.mp3 | Twiztid | 4,739KB | Audio |
| anonymous_user@KaZaA | Fatboy Slim vs James Brown - Funk Soul Brother.mp3 | 3 | 2,685KB | Audio |
| anonymous_user@KaZaA | ICP - How Many Times.mp3 | Insane Clown Posse | 5,068KB | Audio |
| anonymous_user@KaZaA | ICP- Down With The Clowns.mp3 | Insane Clown Posse | 3,434KB | Audio |

My Participation Level: Low (1), Downloads: 0, Uploads: 0 | 2,133,395 users online, sharing 913,135,360 files (31,241,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | ICP- Down With The Clowns.mp3 | Insane Clown Posse | 3,434KB | Audio |
| anonymous_user@KaZaA | insane clown posse - 3 little pigs.mp3 | ICP | 5,417KB | Audio |
| anonymous_user@KaZaA | Twiztid - Rock The Dead.mp3 | Twiztid | 4,564KB | Audio |
| anonymous_user@KaZaA | 02 Bizzar.mp3 | Insane Clown Posse | 3,384KB | Audio |
| anonymous_user@KaZaA | Fatboy Slim - Queen remix.mp3 | Fat Boy Slim-Queen remix | 9,152KB | Audio |
| anonymous_user@KaZaA | bowling for soup - New Girlfriend.mp3 | Bowling For Soup | 1,411KB | Audio |
| anonymous_user@KaZaA | 03 Guilty Conscience.wma | Dr. Dre ft. Eminem | 2,365KB | Audio |
| anonymous_user@KaZaA | The Beatles - I Am The Walrus.mp3 | Beatles | 2,240KB | Audio |
| anonymous_user@KaZaA | Eminem - Kim.mp3 | Eminem | 5,938KB | Audio |
| anonymous_user@KaZaA | Greatful Dead- Casey Jones.mp3 | Grateful Dead | 4,135KB | Audio |
| 2 Users | Red Sox - Yankees Suckl.mp3 | Red Sox | 1,311KB | Audio |
| anonymous_user@KaZaA | Red Sox - Yankees Suck Song.mp3 | Great Men | 1,318KB | Audio |
| anonymous_user@KaZaA | Methods Of Mayhem-Proposition Fuck You.mp3 | Methods Of Mayhem | 2,996KB | Audio |
| anonymous_user@KaZaA | mago de oz - YANKEES GO HOME.mp3 | A | 1,976KB | Audio |
| anonymous_user@KaZaA | Sage Francis- Help out.mp3 | aemon | 5,380KB | Audio |
| anonymous_user@KaZaA | Cranberries - Zombie.mp3 | Cranberries | 4,766KB | Audio |
| anonymous_user@KaZaA | Halloween Sound Effects - Evil Laugh.mp3 | Sounds | 24KB | Audio |
| anonymous_user@KaZaA | Halloween - Sound Effects - Evil Laugh.mp3 | Halloween | 468KB | Audio |
| anonymous_user@KaZaA | Machine Gun.wav | Samples | 1,116KB | Audio |
| anonymous_user@KaZaA | Star Trek Sound Effects - Red Alert.mp3 | Sound FX | 618KB | Audio |
| anonymous_user@KaZaA | Red Sox - Simpsons - Talking Baseball.mp3 | Simpsons | 1,318KB | Audio |
| anonymous_user@KaZaA | Sound Effects - Bombs.mp3 | Sound FX | 514KB | Audio |
| anonymous_user@KaZaA | FX Nuclear bomb effect.mp3 | Sound-fx | 720KB | Audio |
| anonymous_user@KaZaA | Baseball - Other Songs - The Red Sox Song (1).mp3 | Boston Red Sox | 1,637KB | Audio |
| anonymous_user@KaZaA | Halloween Sound Effects - Evil Laugh.wav | AZ | 551KB | Audio |
| anonymous_user@KaZaA | FX GUN-SHOTS 9MM and MAGNUM Sound Effects.mp3 | Sound Effects | 200KB | Audio |
| anonymous_user@KaZaA | Audio - Barrington Levy.kpl | Barrington Levy | 1KB | |
| anonymous_user@KaZaA | Sound Effects - Police Car Siren (1).mp3 | Sounds Of The World | 784KB | Audio |
| anonymous_user@KaZaA | Lil Jon Twista Trick Daddy - Lets Go.wma | Lil Jon Twista Trick Daddy | 3,579KB | Audio |

[redacted]

My Participation Level: Low (1), Downloads: 0, Uploads: 0 | 2,133,396 users online, sharing 913,135,360 files (31,241,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Lil Jon Twista Trick Daddy - Lets Go.wma | Lil Jon Twista Trick Daddy | 3,579KB | Audio |
| anonymous_user@KaZaA | 10 - 311 Amber-from chaos 10.mp3 | 311 | 3,257KB | Audio |
| anonymous_user@KaZaA | Kill switch engaged - My Last Serenade.wma | Killswitch Engage | 2,011KB | Audio |
| anonymous_user@KaZaA | 311 - All Mixed Up.mp3 | 311 | 2,819KB | Audio |
| anonymous_user@KaZaA | Lets Go - Lil John.wma | Lil Jon, Trick Daddy, Twitst | 5,412KB | Audio |
| anonymous_user@KaZaA | Audio - Electronica.kpl | Unknown | 0KB | |
| anonymous_user@KaZaA | blink 182 - I miss you (real).mp3 | blink | 3,552KB | Audio |
| anonymous_user@KaZaA | Disturb - enemy.MP3 | Disturbed | 4,300KB | Audio |
| anonymous_user@KaZaA | Disturbed - Shout 2000.mp3 | Disturbed | 4,028KB | Audio |
| anonymous_user@KaZaA | Disturbed - Stupified.mp3 | Disturbed | 4,284KB | Audio |
| anonymous_user@KaZaA | Vico C - Boom Boom.mp3 | Tego Calderon | 3,189KB | Audio |
| anonymous_user@KaZaA | Low G Rasheed - THUGGIN'.mp3 | Low G_5PM | 2,450KB | Audio |
| anonymous_user@KaZaA | Vico c y mexicano - playero.mp3 | Vico C y mexicano | 3,816KB | Audio |
| anonymous_user@KaZaA | aqua teen hunger force - you 2 timin bitch.mp3 | Aqua Teen Hunger Force | 727KB | Audio |
| anonymous_user@KaZaA | Billy Joel - The Longest Time (1).mp3 | Big And rich | 3,416KB | Audio |
| anonymous_user@KaZaA | Billy Joel - You May Be Right.MP3 | Billy Joel | 3,954KB | Audio |
| anonymous_user@KaZaA | Elton John_Billy Joel - Piano Man.mp3 | Elton John_Billy Joel | 7,252KB | Audio |
| anonymous_user@KaZaA | Elton John and Billy Joel - Piano Man.mp3 | Elton John and Billy Joel -L.. | 3,590KB | Audio |
| anonymous_user@KaZaA | Audio - Folk.kpl | Unknown | 0KB | |
| anonymous_user@KaZaA | Cranberries - Salvation.mp3 | The Cranberries | 2,238KB | Audio |
| anonymous_user@KaZaA | Cranberries-Just My Imagina.mp3 | The Cranberries | 4,300KB | Audio |
| anonymous_user@KaZaA | Lucky Boys Confusion - Ordinary.mp3 | Lucky Boys Confusion | 2,350KB | Audio |
| anonymous_user@KaZaA | 04 Down With the Sickness.mp3 | Disturbed | 10,879KB | Audio |
| anonymous_user@KaZaA | 03 Stupify.mp3 | Disturbed | 5,349KB | Audio |
| anonymous_user@KaZaA | Alien Ant Farm - Smooth Criminal.mp3 | Alien Ant Farm | 3,468KB | Audio |
| anonymous_user@KaZaA | Cranberries - Animal Instin.mp3 | The Cranberries | 4,122KB | Audio |
| anonymous_user@KaZaA | Audio - Funk.kpl | Unknown | 0KB | |
| anonymous_user@KaZaA | Steve Miller Band-Joker.mp3 | Steve Miller Band | 4,109KB | Audio |
| anonymous_user@KaZaA | PBInst.exe | Wincognito, Inc. | 3,347KB | Software |

Billy Joel - Th

Dowr

My Participation Level: Low (1), Downloads: 0, Uploads: 0 | 2,133,396 users online, sharing 913,135,360 files (31,241,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| anonymous_user@KaZaA | PBInst.exe | Wincognito, Inc. | 3,347KB | Software | |
| anonymous_user@KaZaA | Twizted - Bagz.mp3 | Twiztid | 2,177KB | Audio | |
| anonymous_user@KaZaA | Twiztid- I Hate Everyone.mp3 | Twiztid | 3,631KB | Audio | |
| anonymous_user@KaZaA | Cranberries - Promises.mp3 | The Cranberries | 6,393KB | Audio | |
| anonymous_user@KaZaA | A very Twiztid Christmas.mp3 | Twiztid | 2,605KB | Audio | A Ver |
| anonymous_user@KaZaA | Twiztid - Track 10.mp3 | Twiztid | 1,043KB | Audio | |
| anonymous_user@KaZaA | Steve Miller Band - Jet Airliner.mp3 | Steve Miller | 5,281KB | Audio | Jet Airliner (Cool |
| anonymous_user@KaZaA | Twizted - Spin Tha Bottle.mp3 | Twiztid feat. ICP | 3,964KB | Audio | |
| anonymous_user@KaZaA | Outlandish - Eyes Never Dry.mp3 | Outlandish | 3,926KB | Audio | |
| anonymous_user@KaZaA | 03 - I Could.mp3 | Twiztid | 972KB | Audio | |
| anonymous_user@KaZaA | styles p - Men of Respect.mp3 | SPM | 4,468KB | Audio | |
| anonymous_user@KaZaA | steve miller band - jungle love.mp3 | Steve Miller Band | 2,965KB | Audio | |
| anonymous_user@KaZaA | SPM - Problemas.mp3 | South Park Mexican | 4,551KB | Audio | |
| anonymous_user@KaZaA | Outlandish - Peelo.mp3 | Outlandish | 3,349KB | Audio | |
| anonymous_user@KaZaA | OPM - Heaven Is a Halfpipe.mp3 | OPM | 3,743KB | Audio | |
| anonymous_user@KaZaA | steve miller band - keep on rockin me baby.mp3 | Steve Miller Band | 2,950KB | Audio | Steve Miller Band-Keep |
| anonymous_user@KaZaA | Dr. DREE (feat snop doggy dog) - Still D.R.E.mp3 | Dr. Dre feat. Snoop Dogg | 3,616KB | Audio | |
| anonymous_user@KaZaA | Jay2 - Brooklyns Finest.mp3 | Jay-Z/Notorious B.I.G | 6,066KB | Audio | |
| anonymous_user@KaZaA | OPM - Breakout.mp3 | The New Guy Soundtrack | 2,918KB | Audio | |
| anonymous_user@KaZaA | Letters From Home.mp3 | John Michael Montgomery | 10,244KB | Audio | |
| anonymous_user@KaZaA | CIA (Rare).MP3 | Rage Against The Machine | 4,972KB | Audio | |
| anonymous_user@KaZaA | opm - rage against the coke machine.mp3 | OPM | 987KB | Audio | Rage Agains |
| anonymous_user@KaZaA | Steve Miller Band - Abracadabra.mp3 | Steve Miller Band | 4,876KB | Audio | |
| anonymous_user@KaZaA | steve miller band - dream weaver.mp3 | Steve Miller Band | 4,056KB | Audio | |
| 2 Users | Tom Petty - Runaway Train.mp3 | Tom Petty | 4,153KB | Audio | |
| anonymous_user@KaZaA | Letters From Home (1).mp3 | John Michael Montgomery | 4,115KB | Audio | |
| anonymous_user@KaZaA | (03) Westside Connection - Potential Victims.wma | Westside Connection | 1,798KB | Audio | |
| anonymous_user@KaZaA | 03 Walk.mp3 | Pantera | 9,833KB | Audio | |
| anonymous_user@KaZaA | 03 Potential Victims (1).wma | 3 | 2,674KB | Audio | 03 P |

My Participation Level: Low (1), Downloads: 0, Uploads: 0 | 2,133,395 users online, sharing 913,135,360 files (31,241,218 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| anonymous_user@KaZaA | 03 Potential Victims (1).wma | 3 | 2,874KB | Audio | 03 F |
| anonymous_user@KaZaA | Live - Lightning Crashes.mp3 | Live | 5,085KB | Audio | |
| anonymous_user@KaZaA | Audio - Hip Hop.kpl | Unknown | 1KB | | |
| anonymous_user@KaZaA | Stone Sour- Bother.mp3 | Stone Sour | 5,636KB | Audio | |
| anonymous_user@KaZaA | 3 Days Grace - I Hate Everything About You.mp3 | Three Days Grace | 3,676KB | Audio | I Hate Eve |
| anonymous_user@KaZaA | Homer Simpson sings Danzig Mother.mp3 | Danzig | 1,736KB | Audio | Homer Simpsons |
| anonymous_user@KaZaA | Seether- 12- broken(CD).mp3 | Seether | 6,111KB | Audio | |
| anonymous_user@KaZaA | Seether - gasoline.mp3 | Seether | 3,258KB | Audio | |
| anonymous_user@KaZaA | Quotes - Simpsons - Women and beer.mp3 | Homer Simpson | 728KB | Audio | |
| anonymous_user@KaZaA | Simpsons - Homer Simpson - Sarcastic.mp3 | The Simpsons | 504KB | Audio | |
| anonymous_user@KaZaA | homer simpson - I'm Mr. Burns' mother.mp3 | Homer Simpson | 360KB | Audio | |
| anonymous_user@KaZaA | Simpsons -SAVE ME JEBUS!.mp3 | Homer Simpson | 95KB | Audio | |
| anonymous_user@KaZaA | Audio - Jazz.kpl | Unknown | 0KB | | |
| anonymous_user@KaZaA | Mudvayne-Silenced.wma | Mudvayne | 2,152KB | Audio | |
| anonymous_user@KaZaA | 09 Fade Away.mp3 | Seether | 5,460KB | Audio | |
| anonymous_user@KaZaA | 05 Driven Under.mp3 | Seether | 6,421KB | Audio | |
| anonymous_user@KaZaA | Mudvayne - Cradle.MP3 | 3 | 7,373KB | Audio | |
| anonymous_user@KaZaA | Bowling for Soup - Friday.mp3 | Bowling for Soup | 4,547KB | Audio | |
| anonymous_user@KaZaA | Bowling For Soup - Monopoly.mp3 | Bowling For Soup | 2,108KB | Audio | |
| anonymous_user@KaZaA | Pin Stripe Bitches- Yankees Suck (FNX) (1).mp3 | Storm and Birdsay | 1,270KB | Audio | Pin Stripe Bitches |
| anonymous_user@KaZaA | Bruce Springsteen - Out In The Street.mp3 | Bruce Springsteen | 4,043KB | Audio | |
| anonymous_user@KaZaA | Bryan Adams - Summer Of 69 (2).mp3 | Bruce Springsteen | 3,104KB | Audio | |
| anonymous_user@KaZaA | Shinedown - Fly Away From the Inside.mp3 | Shinedown | 3,694KB | Audio | Fly Aw |
| anonymous_user@KaZaA | Clash - I Fought the Law - Remake (1977).mp3 | Clash | 2,507KB | Audio | Clash - I Fou |
| anonymous_user@KaZaA | Bruce Springsteen - Glory Days.mp3 | Bruce Springsteen | 3,581KB | Audio | Bruce Spring |
| anonymous_user@KaZaA | 01 - Sticks and Stones.mp3 | Bruce Hornsby | 6,638KB | Audio | |
| anonymous_user@KaZaA | Broken - Seether.mp3 | Seether | 4,085KB | Audio | |
| anonymous_user@KaZaA | The killers - Somebody told me.wma | The killers | 3,160KB | Audio | |
| anonymous_user@KaZaA | Clash - Rudie Can't Fail (1979).mp3 | Clash | 3,342KB | Audio | Clash - |

My Participation Level: Low (1), Downloads: 0, Uploads: 0 | 2,133,395 users online, sharing 913,135,360 files (31,241,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Clash - Rudie Can't Fail (1979).mp3 | Clash | 3,342KB | Audio |
| anonymous_user@KaZaA | Clash - Know Your Rights (1982).mp3 | Clash | 3,502KB | Audio |
| anonymous_user@KaZaA | 17-Mad World.mp3 | Michael Andrews | 4,497KB | Audio |
| anonymous_user@KaZaA | Clash - Death or Glory (1979) LYRICS.mp3 | Clash | 3,741KB | Audio |
| anonymous_user@KaZaA | I Hate Everything About You.mp3 | Three Days Grace | 3,676KB | Audio |
| anonymous_user@KaZaA | Clash - Should I Stay or Should I Go (1982).mp3 | Clash | 3,002KB | Audio |
| anonymous_user@KaZaA | Clash - Koka Kola (1979).mp3 | Clash | 1,734KB | Audio |
| anonymous_user@KaZaA | Clash - Clampdown (1979).mp3 | Clash | 3,661KB | Audio |
| anonymous_user@KaZaA | Clash - London's Burning (1977).mp3 | Clash | 2,069KB | Audio |
| anonymous_user@KaZaA | Clash - I'm Not Down (1979).mp3 | Clash | 2,964KB | Audio |
| anonymous_user@KaZaA | Clash - Revolution Rock (1979).mp3 | Clash | 5,313KB | Audio |
| anonymous_user@KaZaA | Gary Jules - Mad World.mp3 | Gary Jules | 3,561KB | Audio |
| anonymous_user@KaZaA | NOFX - Ironman (Punk Cover).mp3 | NOFX_Black Sabbath | 4,236KB | Audio |
| anonymous_user@KaZaA | dj mystik - walk on water.wma | Happy Hardcore | 1,351KB | Audio |
| anonymous_user@KaZaA | rod zombie - dragula (remix).mp3 | Rob Zombie | 4,326KB | Audio |
| 2 Users | Twizted- people are strange.mp3 | Twiztid | 3,024KB | Audio |
| anonymous_user@KaZaA | The Devil Went Down to Georgia.mp3 | Charlie Daniels Band | 3,392KB | Audio |
| anonymous_user@KaZaA | 06 Breathe Life.wma | Killswitch Engage | 1,580KB | Audio |
| anonymous_user@KaZaA | Greatful Dead - Truckin.mp3 | Grateful Dead | 4,721KB | Audio |
| anonymous_user@KaZaA | Zwan - Honestly (BEST version).mp3 | Zwan | 5,330KB | Audio |
| anonymous_user@KaZaA | throwdown - Power Figure.mp3 | Throwdown | 2,558KB | Audio |
| anonymous_user@KaZaA | Throwdown - I Will Stand.mp3 | Throwdown | 2,280KB | Audio |
| anonymous_user@KaZaA | Set It Up.mp3 | THROWDOWN | 2,295KB | Audio |
| anonymous_user@KaZaA | 09-throwdown-slip-butt.mp3 | Throwdown | 4,362KB | Audio |
| anonymous_user@KaZaA | Boston Red Sox Rally.mp3 | Unknown | 714KB | Audio |
| anonymous_user@KaZaA | gary jules - mad world (1).mp3 | Gary Jules | 4,281KB | Audio |
| anonymous_user@KaZaA | 07 Declare Your War.mp3 | Throwdown | 1,730KB | Audio |
| anonymous_user@KaZaA | throwdown - Unite.mp3 | throwdown | 1,552KB | Audio |
| anonymous_user@KaZaA | Grateful Dead - Casey Jones.mp3 | Greatful Dead | 4,123KB | Audio |

My Participation Level: Low (1), Downloads: 0, Uploads: 0

2,133,895 users online, sharing 913,135,360 files (31,241,216 GB)

Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Grateful Dead - Casey Jones.mp3 | Greatful Dead | 4,123KB | Audio |
| anonymous_user@KaZaA | I Will Be Heard.mp3 | Hatebreed | 6,991KB | Audio |
| anonymous_user@KaZaA | Mudvayne - Poop Looser.mp3 | Mudvayne | 1,600KB | Audio |
| anonymous_user@KaZaA | 50 Cent - Ja Rule Diss (1).mp3 | Ja Rule | 3,601KB | Audio |
| anonymous_user@KaZaA | E.S. Posthumus - Pompeii (full).mp3 | E.S. Posthumus | 3,464KB | Audio |
| anonymous_user@KaZaA | The Loons.MP3 | Insane Clown Posse | 2,236KB | Audio |
| anonymous_user@KaZaA | Mudvane - Negative 1.mp3 | Mudvayne | 3,729KB | Audio |
| anonymous_user@KaZaA | DMX (feat. Onyx, Def Squad, Cormega, Method Men) - 4, ... | DMX ft. Cormega | 1,718KB | Audio |
| anonymous_user@KaZaA | Twiztid - Scared.mp3 | Twizted ICP | 2,649KB | Audio |
| anonymous_user@KaZaA | Audio - Pop Rock.kpl | Unknown | 0KB | |
| anonymous_user@KaZaA | Audio - RB.kpl | Unknown | 0KB | |
| anonymous_user@KaZaA | MuDvAyNe - 01 - Not Falling.mp3 | MuDvAyNe | 2,948KB | Audio |
| anonymous_user@KaZaA | Mudvayne - Everything .mp3 | Mudvayne | 4,572KB | Audio |
| anonymous_user@KaZaA | Mudvayne - Under my Skin.mp3 | Mudvayne | 3,556KB | Audio |
| anonymous_user@KaZaA | D-12 - Ja Rule Diss.mp3 | Eminem | 4,872KB | Audio |
| anonymous_user@KaZaA | Audio - Reggae.kpl | Unknown | 0KB | |
| anonymous_user@KaZaA | 2pac+50cent.mp3 | 2Pac Ft. 50 Cent | 2,832KB | Audio |
| anonymous_user@KaZaA | 13 - Prod.mp3 | Mudvayne | 8,542KB | Audio |
| anonymous_user@KaZaA | 11 - Severed.mp3 | Mudvayne | 9,152KB | Audio |
| anonymous_user@KaZaA | O.A.R. - (Of a Revolution) - If Only She Knew.mp3 | O.A.R. | 2,300KB | Audio |
| anonymous_user@KaZaA | One Hit Wonders - One Hit Wonderful - Kung Fu Fighting.... | One Hit Wonders | 2,070KB | Audio |
| anonymous_user@KaZaA | techno dance hits mix-club-euro - insomnia remix-.mp3 | DJ venom | 4,360KB | Audio |
| anonymous_user@KaZaA | movie quotes Animal House - Toga.mp3 | Movie Quote | 644KB | Audio |
| anonymous_user@KaZaA | virtual turntables edonkeylinks.com.exe | Unknown | 32KB | Software |
| anonymous_user@KaZaA | Cowsills - The Rain, The Park and Other Things (Flower Girl... | Cowsills | 2,803KB | Audio |
| anonymous_user@KaZaA | DJ Venom -Tetris techno mix.mp3 | DJ Venom | 5,436KB | Audio |
| anonymous_user@KaZaA | Movie quotes- Animal House-.mp3 | Movie Quote | 1,588KB | Audio |
| anonymous_user@KaZaA | greatful dead - wake up little susie.mp3 | Greatful Dead | 1,805KB | Audio |
| anonymous_user@KaZaA | Greatful Dead_Bob Dylan - Knocking on Heavens Door.m... | Greatful Dead | 6,440KB | Audio |

My Participation Level: Low (1), Downloads: 0, Uploads: 0 | 2,133,395 users online, sharing 913,135,360 files (31,241,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Greatful Dead Bob Dylan - Knocking on Heavens Door.m... | Greatful Dead | 6,440KB | Audio |
| anonymous_user@KaZaA | 80's rock-Poison - Unskinny Bop.mp3 | Poison | 4,455KB | Audio |
| anonymous_user@KaZaA | 15 Jungle Rock.mp3 | Hank Mizell | 1,137KB | Audio |
| anonymous_user@KaZaA | Totally 80's- We Built This City.mp3 | Starship | 4,671KB | Audio |
| anonymous_user@KaZaA | Classic Rock_80's_Techno Pop_Dead Or Alive- You Spin Me... | Dead or Alive | 3,094KB | Audio |
| anonymous_user@KaZaA | DJ FBI - I Wear My Sunglasses at night.MP3 | Corey Hart | 3,162KB | Audio |
| anonymous_user@KaZaA | Twiztid.09.Joker.mp3 | Twiztid | 2,994KB | Audio |
| anonymous_user@KaZaA | KottonMouth Kings - Family Trees.mp3 | kotton mouth kings | 4,002KB | Audio |
| anonymous_user@KaZaA | 80's Rock- ACDC- Dirty Deeds .mp3 | ACDC | 3,945KB | Audio |
| anonymous_user@KaZaA | Boomtown Rats - I Don't Like Mondays.mp3 | Various Artists | 4,072KB | Audio |
| anonymous_user@KaZaA | virtual dj full with serial crack.exe | Unknown | 5,872KB | Software |
| anonymous_user@KaZaA | kazaa300_en.exe | Sharman Networks Ltd | 10,387KB | Software |
| anonymous_user@KaZaA | Eve6- Think Twice.mp3 | Eve 6 | 3,646KB | Audio |
| anonymous_user@KaZaA | twizted Im alright.mp3 | Twizted ICP | 4,979KB | Audio |
| anonymous_user@KaZaA | twiztid -Wrong With Me.mp3 | Twiztid | 4,545KB | Audio |
| anonymous_user@KaZaA | ICP - Hokus Pokus.mp3 | Insane Clown Posse | 4,082KB | Audio |
| anonymous_user@KaZaA | Tears In Heaven.mp3 | Eric Clapton | 4,315KB | Audio |
| anonymous_user@KaZaA | Basement Jaxx - Where's Your Head At (Radio Edit).mp3 | Basement Jaxx | 4,876KB | Audio |
| anonymous_user@KaZaA | ICP - Rainbows and Stuff.mp3 | Insane Clown Posse | 3,922KB | Audio |
| anonymous_user@KaZaA | Twizted - Majic Ningas.mp3 | Twizted ICP | 3,125KB | Audio |
| anonymous_user@KaZaA | Insane Clown Posse Twiztid - Unreleased - 6th Joker Car... | Twizted ICP | 1,015KB | Audio |
| anonymous_user@KaZaA | ICP - Blaaam!!!.mp3 | ICP | 3,438KB | Audio |
| anonymous_user@KaZaA | Headless Boogie.mp3 | Insane Clown Possee | 4,122KB | Audio |
| anonymous_user@KaZaA | Cemetary Girl.mp3 | Insane Clown Possee | 4,857KB | Audio |
| anonymous_user@KaZaA | Dark Lotus - I Wanna Die.MP3 | Dark Lotus | 1,575KB | Audio |
| anonymous_user@KaZaA | Lil' Somthin' Somethin'.mp3 | Insane Clown Possee | 5,173KB | Audio |
| anonymous_user@KaZaA | The Show Must Go On.mp3 | Insane Clown Possee | 4,833KB | Audio |
| anonymous_user@KaZaA | Bring Iit On.mp3 | Insane Clown Possee | 5,256KB | Audio |
| anonymous_user@KaZaA | 13_track_13_Ju89.mp3 | Dark Lotus | 5,077KB | Audio |

Knockin
Dirty Deed
virtual dj f
Majic Ninj

[redacted]

My Participation Level: Low (1), Downloads: 0, Uploads: 0 | 2,139,395 users online, sharing 913,135,360 files (31,241,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New Search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | 13_track_13_ju99.mp3 | Dark Lotus | 5,077KB | Audio |
| anonymous_user@KaZaA | 10 - Hell House.mp3 | Dark Lotus | 5,155KB | Audio |
| anonymous_user@KaZaA | 11_track_11_ju99.mp3 | Dark Lotus | 5,972KB | Audio |
| anonymous_user@KaZaA | 14 Pass the Axe.wma | Dark Lotus | 4,555KB | Audio |
| anonymous_user@KaZaA | Icp-Cherry Pie.mp3 | Insane Clown Posse | 3,730KB | Audio |
| anonymous_user@KaZaA | Dark Lotus - My 1st Time.mp3 | Dark Lotus | 3,607KB | Audio |
| anonymous_user@KaZaA | ICP - I stuck .mp3 | Insane Clown Posse | 3,616KB | Audio |
| anonymous_user@KaZaA | Dark Lotus - Black Magic.mp3 | Dark Lotus | 4,642KB | Audio |
| anonymous_user@KaZaA | Dark Lotus - She Was.mp3 | Dark Lotus | 4,144KB | Audio |
| anonymous_user@KaZaA | 02 True Love.mp3 | Glen Washington | 3,187KB | Audio |
| anonymous_user@KaZaA | Money.MP3 | Pink Floyd | 9,177KB | Audio |
| anonymous_user@KaZaA | The Wannadies - You And Me Song.mp3 | Wannadies | 2,674KB | Audio |
| anonymous_user@KaZaA | DMX - Whats My Name .mp3 | Lil Flip | 4,304KB | Audio |
| anonymous_user@KaZaA | spm - mary go round.mp3 | South Park Mexican | 4,058KB | Audio |
| anonymous_user@KaZaA | (11) Juan Gotti - Public Enemy.wma | Juan Gotti | 2,026KB | Audio |
| anonymous_user@KaZaA | Ice Tea - Cop Killer (1) (1).mp3 | Ice Tea | 1,496KB | Audio |
| anonymous_user@KaZaA | Methods of Mayhem ft lil kim - Get Naked.mp3 | Methods of Mayhem | 3,151KB | Audio |
| anonymous_user@KaZaA | cop killer.mp3 | Unknown | 1,929KB | Audio |
| anonymous_user@KaZaA | ICP - Twiztid - Psychopathic Rydas - R-U-A Ryda.mp3 | Psychopathic Rydas | 3,487KB | Audio |
| anonymous_user@KaZaA | ICP, Twiztid - The Amazing Maze.mp3 | ICP/Twiztid | 4,382KB | Audio |
| anonymous_user@KaZaA | coheed and cambria - Everything Evil.mp3 | Coheed And Cambria | 5,457KB | Audio |
| anonymous_user@KaZaA | ICP - Crystal Ball (w-Twiztid).mp3 | ICP _Twizted | 7,328KB | Audio |
| anonymous_user@KaZaA | Bloodhound Gang - The Bad Touch.mp3 | Bloodhound Gang | 4,064KB | Audio |
| anonymous_user@KaZaA | Bloodhuond Gang - Kiss Me Where It Smells Funny.mp3 | The Bloodhound Gang | 4,331KB | Audio |
| anonymous_user@KaZaA | Bloodhound Gang - Shut Up.mp3 | The Bloodhound Gang | 4,564KB | Audio |
| anonymous_user@KaZaA | Bloodhound Gang - I Hope You Die.mp3 | Bloodhound Gang - | 3,437KB | Audio |
| anonymous_user@KaZaA | OPM - Heaven is a Halfpipe (1).mp3 | OPM | 1,939KB | Audio |
| anonymous_user@KaZaA | bhg - relax dont do it.mp3 | Bloodhound Gang | 4,312KB | Audio |
| anonymous_user@KaZaA | bloodhound gang-jackass.mp3 | Bloodhound Gang | 2,287KB | Audio |

Stuck

DMX

Kiss Me Wh

[redacted]

My Participation Level: Low (1), Downloads: 0, Uploads: 0 | 2,133,395 users online, sharing 913,135,360 files (3,241,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | bloodhound gang-jackass.mp3 | Bloodhound Gang | 2,287KB | Audio |
| anonymous_user@KaZaA | Suck on my lolly pop.mp3 | OPM | 2,992KB | Audio |
| anonymous_user@KaZaA | Rage Against The Machine - Fuck The Police.mp3 | Rage Against the Machine | 9,664KB | Audio |
| anonymous_user@KaZaA | Fire water burn.mp3 | Bloodhound Gang | 5,708KB | Audio |
| anonymous_user@KaZaA | Sarah Connor - From Sarah With Love (1).mp3 | OPM | 4,012KB | Audio |
| anonymous_user@KaZaA | OPM - space people.mp3 | OPM | 3,140KB | Audio |
| anonymous_user@KaZaA | Slipknot - Queen of the Damned.mp3 | Slipknot and Korn | 2,370KB | Audio |
| anonymous_user@KaZaA | Slipknot - Eyeore.mp3 | Slipknot | 2,624KB | Audio |
| anonymous_user@KaZaA | Keep Talking.MP3 | Lucky Boys Confusion | 1,660KB | Audio |
| anonymous_user@KaZaA | Onyx - Slam.mp3 | Onyx | 3,388KB | Audio |
| anonymous_user@KaZaA | I miss you_DMX.mp3 | DMX | 5,242KB | Audio |
| anonymous_user@KaZaA | Slipknot - Numb.mp3 | Linkin Park | 5,784KB | Audio |
| anonymous_user@KaZaA | 02 The Blister Exists.wma | Slipknot | 7,544KB | Audio |
| 2 Users | jojo jojo_baby it's you-simplemp3s.mp3 | Jojo | 2,842KB | Audio |
| anonymous_user@KaZaA | Pink Floyd - Meddle - 06 - Echos.mp3 | Pink Floyd | 6,008KB | Audio |
| anonymous_user@KaZaA | 20 Track 20.wma | Bob Marley | 4,018KB | Audio |
| anonymous_user@KaZaA | Bob Marley - 3 Little Birds.mp3 | Bob Marley | 2,814KB | Audio |
| anonymous_user@KaZaA | 7 - One Man Army.mp3 | Pro-Pain | 2,985KB | Audio |
| anonymous_user@KaZaA | 02 Track 2.wma | Bob Marley | 7,111KB | Audio |
| anonymous_user@KaZaA | Bob_Marley-No_woman_cry.mp3 | Bob Marley | 6,679KB | Audio |
| anonymous_user@KaZaA | vico-c 1.mp3 | vico-c | 3,504KB | Audio |
| anonymous_user@KaZaA | KOTTON MOUTH KINGS-HIDDEN STASH LOVE SONGS.mp3 | kottonmouth kings | 3,954KB | Audio |
| anonymous_user@KaZaA | Prize Fighter - Changes Remix.mp3 | Tupac feat. DMX and Dra... | 2,952KB | Audio |
| anonymous_user@KaZaA | Pink Floyd - Dogs.mp3 | Pink Floyd | 16,074KB | Audio |
| anonymous_user@KaZaA | Andrew Dice Clay - Mother Goose.mp3 | Andrew Dice Clay | 1,839KB | Audio |
| anonymous_user@KaZaA | Bob Marley - Stir It Up.mp3 | Bob Marley | 5,204KB | Audio |
| anonymous_user@KaZaA | Prize Fighter Remix - 2Pac.mp3 | 2Pac | 5,100KB | Audio |
| anonymous_user@KaZaA | andrew dice clay - Face Down, Ass Up.mp3 | Andrew Dice Clay | 66,837KB | Audio |
| anonymous_user@KaZaA | Bush - Prize Fighter.mp3 | Bush | 2,338KB | Audio |

Fuck The F

Changes Remix

Rap 2Pac_Unde

My Participation Level: Low (1), Downloads: 0, Uploads: 0 | 2,133,395 users online, sharing 913,135,360 files (31,241,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| anonymous_user@KaZaA | Bush - Prize Fighter.mp3 | Bush | 2,338KB | Audio | |
| anonymous_user@KaZaA | Nas - Prize Fighter.mp3 | Nas (feat. DMX) | 2,175KB | Audio | Nas Is Like( |
| anonymous_user@KaZaA | 4 - Time.mp3 | Pink Floyd | 16,011KB | Audio | |
| anonymous_user@KaZaA | 80's - rock you like a hurricane.mp3 | Scorpions | 3,941KB | Audio | Rock Y |
| anonymous_user@KaZaA | scream.mp3 | Slipknot | 4,225KB | Audio | |
| anonymous_user@KaZaA | J-Kwon - You And Me.mp3 | J-Kwon | 3,093KB | Audio | |
| anonymous_user@KaZaA | One Hit Wonders - The Lion Sleeps Tonight - The Tokens.m... | The Tokens | 2,488KB | Audio | The |
| anonymous_user@KaZaA | jojo jojo-baby it's you-omni.mp3 | Jojo | 4,054KB | Audio | |
| 2 Users | Baby It's You.mp3 | Jojo feat Lil' Bow Wow | 4,495KB | Audio | |
| anonymous_user@KaZaA | Kci_Jojo_Love Ballad.mp3 | K Ci and Jo Jo | 2,736KB | Audio | |
| anonymous_user@KaZaA | jojo_baby it's you_jojo_02.mp3 | Jojo | 6,087KB | Audio | |
| anonymous_user@KaZaA | Baby you got it.mp3 | G Unit | 5,716KB | Audio | |
| anonymous_user@KaZaA | Baby Its You.mp3 | JoJo | 5,244KB | Audio | |
| anonymous_user@KaZaA | Cowsills - Indian Lake.mp3 | Cowsills | 2,558KB | Audio | |
| anonymous_user@KaZaA | Jonny Cash -- Green Berret.mp3 | Jonny Cash, | 1,048KB | Audio | |
| anonymous_user@KaZaA | Good Morning Starshine.mp3 | Cowsills The | 3,420KB | Audio | Goo |
| anonymous_user@KaZaA | Genesis - Land Of Confusion.mp3 | Various Artists | 6,722KB | Audio | Genesis / |
| anonymous_user@KaZaA | winger - Shes only Seventeen.mp3 | Winger | 4,803KB | Audio | |
| anonymous_user@KaZaA | Rock - 80's - Foot Loose.mp3 | Rock | 3,992KB | Audio | |
| anonymous_user@KaZaA | One hit wonders - Na na, hey hey hey, goodbye.mp3 | One Hit Wonder | 3,844KB | Audio | Na na, hey |
| anonymous_user@KaZaA | Men At Large - Will You Marry Me.mp3 | Wedding Songs | 5,430KB | Audio | |
| anonymous_user@KaZaA | Mudvayne - Death Blooms.mp3 | Mudvayne | 4,560KB | Audio | |
| anonymous_user@KaZaA | John Mayer - Your Body Is A Wonderland .mp3 | John Mayer | 2,908KB | Audio | Your Boc |
| anonymous_user@KaZaA | Bad Ronald - Popcorn Titties.mp3 | Bad Ronald | 3,880KB | Audio | |
| anonymous_user@KaZaA | Bad Ronald - Tap The Keg.mp3 | Bad Ronald | 2,638KB | Audio | |
| anonymous_user@KaZaA | Will You Marry Me.mp3 | Alabama | 6,210KB | Audio | |
| anonymous_user@KaZaA | The Platters - Earth Angel.MP3 | The Platters | 1,746KB | Audio | |
| anonymous_user@KaZaA | Joe Cocker - You Are So Beautiful.wma | Ray Charles | 1,200KB | Audio | Yi |
| anonymous_user@KaZaA | 02-jojo-baby_its_you-legacymp3.mp3 | Jo Jo | 4,734KB | Audio | |

My Participation Level: Low (1), Downloads: 0, Uploads: 0 | 2,133,395 users online, sharing 913,135,360 files (31,241,216 GB) | Not sharing any files