Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| anonymous_user@KaZaA | 02-jojo-baby_its_you-legacymp3.mp3 | Jo Jo | 4,794KB | Audio | |
| anonymous_user@KaZaA | Finger Eleven - One Thing - Complete (1).aac | Finger Eleven | 4,579KB | | |
| anonymous_user@KaZaA | jim croce - you are so beautiful.mp3 | Joe Cocker | 6,300KB | Audio | |
| anonymous_user@KaZaA | BSO Dawson's Creek - Jann Arden - TRUE LOVE.mp3 | Jann Arden | 4,344KB | Audio | True Lov |
| anonymous_user@KaZaA | 11-One Thing (1).mp3 | Finger Eleven | 8,554KB | Audio | |
| anonymous_user@KaZaA | Eric Clapton - Wonderfull.mp3 | Eric Clapton and Dire Strait... | 4,500KB | Audio | |
| anonymous_user@KaZaA | Buddy Jewell-Pour Out The Rain(Lacey's Song) (1).mp3 | Buddy Jewell | 3,469KB | Audio | |
| anonymous_user@KaZaA | kottonmouth kings - Bong Tokin' Alcoholics.mp3 | Kotton Mouth Kings | 2,803KB | Audio | |
| anonymous_user@KaZaA | Jack Scott - My True Love.mp3 | Jack Scott | 2,487KB | Audio | |
| anonymous_user@KaZaA | eric clapton - Romeo and Juliet (live dire straits cover).mp3 | eric clapton | 10,420KB | Audio | Romeo and Juliet (live |
| anonymous_user@KaZaA | Eric Clapton - The Cream Of Clapton - White Room.mp3 | Clapton and Cream | 9,424KB | Audio | |
| anonymous_user@KaZaA | Cream - Crossroads.mp3 | Eric Clapton | 3,963KB | Audio | |
| anonymous_user@KaZaA | MAROON 5-SHE WILL BE LOVED.MP3 | Maroon 5 | 6,057KB | Audio | |
| anonymous_user@KaZaA | john wayne - Ballad of the Green Beret.mp3 | john wayne | 2,342KB | Audio | Ballad |
| anonymous_user@KaZaA | Slow Songs - I can love you like that.mp3 | Boys II Men | 2,416KB | Audio | |
| anonymous_user@KaZaA | Slow Songs - Selena ~ I Could Fall In Love.mp3 | Selena | 4,395KB | Audio | |
| anonymous_user@KaZaA | Ritchie Valenz - We Belong Together.mp3 | Richie Valens | 1,902KB | Audio | We Belong T |
| anonymous_user@KaZaA | angel-shaggy-osc.mp3 | Shaggy | 5,020KB | Audio | |
| anonymous_user@KaZaA | Mystikal - Danger.mp3 | Mystical | 2,504KB | Audio | |
| anonymous_user@KaZaA | Greenday- Boulevard of Broken Dreams.wma | Green Day | 2,064KB | Audio | Greenday- Boulevard |
| anonymous_user@KaZaA | Bad Religon- Stranger Than Fiction.mp3 | Bad Religion | 1,904KB | Audio | |
| anonymous_user@KaZaA | Bad Religon - Leaders And Followers.mp3 | Bad Religion | 2,515KB | Audio | |
| anonymous_user@KaZaA | Bad Religon - Better Off Dead.mp3 | Bad Religion | 2,488KB | Audio | |
| anonymous_user@KaZaA | Bad Religon - Going For A Walk.mp3 | Bad Religon | 2,104KB | Audio | |
| anonymous_user@KaZaA | Dominic The Italian Christmas Donkey.MP3 | Italian | 2,392KB | Audio | Dominic The Italiar |
| anonymous_user@KaZaA | Dominic The Italian Christmas Donkey Lou Monte.MP3 | A+ | 2,392KB | Audio | Dominic The Italian Christmas |
| anonymous_user@KaZaA | Misfits - Ballroom Blitz (1).mp3 | Misfits | 2,298KB | Audio | |
| anonymous_user@KaZaA | Christmas Comedy - HI HO.Mp3 | funny songs | 1,142KB | Audio | |
| anonymous_user@KaZaA | boston-more than a feeling-simplemp3s.mp3 | Boston | 3,818KB | Audio | |

My Participation Level: Low (1), Downloads: 0, Uploads: 0 | 2,133,995 users online, sharing 913,135,360 files (31,241,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | boston-more than a feeling-simplemp3s.mp3 | Boston | 3,818KB | Audio |
| anonymous_user@KaZaA | Chicago - Hard To Say I'm Sorry.mp3 | Chicago | 3,547KB | Audio |
| anonymous_user@KaZaA | Strokin' (Full Version) - Lance Carter.mp3 | Lance Carter | 4,290KB | Audio |
| anonymous_user@KaZaA | Christmas Music - Funny!.mp3 | Porky Pig | 1,396KB | Audio |
| anonymous_user@KaZaA | The Beer Poem.mp3 | Funny Christmas Songs | 902KB | Audio |
| anonymous_user@KaZaA | funny-christmas songs - The Beer Poem.mp3 | Christmas | 902KB | Audio |
| anonymous_user@KaZaA | White Trash Christmas.mp3 | Funny Songs | 2,617KB | Audio |
| anonymous_user@KaZaA | Lucky Boys Confusion - Dumb Pop Song.mp3 | cKy | 2,023KB | Audio |
| anonymous_user@KaZaA | Retard Christmas Song.mp3 | Funny Songs | 1,560KB | Audio |
| anonymous_user@KaZaA | Bob Rivers - Track 10.mp3 | Christmas-Funny Songs | 1,569KB | Audio |
| anonymous_user@KaZaA | funny-Dr Dirty - Pecker Tingling (1).MP3 | Dirty Christmas songs | 632KB | Audio |
| anonymous_user@KaZaA | funny Cameltoe Song.mp3 | Dirty Christmas Songs | 4,592KB | Audio |
| anonymous_user@KaZaA | Bob Rivers- Wish you a sober Christmas.MP3 | Christmas-Funny Songs | 2,810KB | Audio |
| anonymous_user@KaZaA | Funny Christmas Songs - Buttcracker Suite.mp3 | 3 | 4,760KB | Audio |
| anonymous_user@KaZaA | X-Rated - Funny Santa Claus.mp3 | 3 | 3,215KB | Audio |
| anonymous_user@KaZaA | Something in the Chimney.mp3 | Christmas | 2,058KB | Audio |
| anonymous_user@KaZaA | Christmas Songs - Funny - Dirty Christmas Song remix Slei... | Funny | 2,097KB | Audio |
| anonymous_user@KaZaA | Comedy Dr. Dirty - White Christmas parody.mp3 | FUNNY CHRISTMAS SON... | 1,252KB | Audio |
| anonymous_user@KaZaA | Funny Christmas Songs - Silent Fart.mp3 | John 'Dr. Dirty' Valby | 1,052KB | Audio |
| anonymous_user@KaZaA | christmas songs - Purple Penis Eater.mp3 | Christmas Songs | 1,420KB | Audio |
| anonymous_user@KaZaA | John Valby - Titty Fuck.mp3 | Dirty Christmas songs | 1,522KB | Audio |
| anonymous_user@KaZaA | Bob Rivers - Granny Christmas Song.mp3 | Dr. Dirty (John Valby) | 1,973KB | Audio |
| anonymous_user@KaZaA | Bob Rivers - Rudolph the Deep Throat Reindeer.mp3 | Bob Rivers | 2,322KB | Audio |
| anonymous_user@KaZaA | Kotton Mouth Kings - Planet Budtron (1).mp3 | Kottonmouth Kings | 5,108KB | Audio |
| anonymous_user@KaZaA | Rob Zombie More Human Then Human.mp3 | NIN, Rob Zombie | 4,033KB | Audio |
| anonymous_user@KaZaA | Rob Zombie - Dragula (Gothic Remix).mp3 | Rob Zombie | 4,314KB | Audio |
| anonymous_user@KaZaA | kottonmouth kings - misunderstood.mp3 | kotton mouth kings | 2,316KB | Audio |
| anonymous_user@KaZaA | Track 4_3.mp3 | Rob Zombie | 2,452KB | Audio |
| anonymous_user@KaZaA | Brick House 2003.mp3 | Rob Zombie | 1,784KB | Audio |

My Participation Level: Low (1), Downloads: 0, Uploads: 0 | 2,133,595 users online, sharing 913,135,960 files (31,241,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| anonymous_user@KaZaA | Brick House 2003.mp3 | Rob Zombie | 1,784KB | Audio | |
| anonymous_user@KaZaA | Run Rabbit Run.mp3 | Rob Zombie | 1,417KB | Audio | |
| anonymous_user@KaZaA | Rob Zombie - 04 - Never Gonna Stop.mp3 | Rob Zombie | 2,959KB | Audio | |
| anonymous_user@KaZaA | 07 Seed.wma | M | 2,063KB | Audio | |
| anonymous_user@KaZaA | Kotton Mouth Kings - First Class.mp3 | Kottonmouth Kings | 2,444KB | Audio | |
| anonymous_user@KaZaA | Kotton Mouth Kings - Killa Kali.mp3 | Kottonmouth Kings | 4,062KB | Audio | |
| anonymous_user@KaZaA | 12 I Shall Not Walk Alone.wma | Unknown | 2,473KB | Audio | 12 I Sl |
| anonymous_user@KaZaA | Kotton Mouth Kings - Lottery.mp3 | Kottonmouth Kings | 4,299KB | Audio | |
| anonymous_user@KaZaA | Greatful Dead - Mexicall Blues.mp3 | Greatful Dead | 4,754KB | Audio | |
| anonymous_user@KaZaA | Marlyn Manson - Dope Show.mp3 | Marlyn Manson | 3,093KB | Audio | |
| anonymous_user@KaZaA | Rob Zombie - House of 1000 Corpses.mp3 | Rob Zombie | 4,429KB | Audio | Hous |
| anonymous_user@KaZaA | Marlyn Manson - Tournique1.mp3 | Marilyn Mason | 4,195KB | Audio | |
| anonymous_user@KaZaA | kottonmouth kings - Juggalo.mp3 | Kotton Mouth Kings | 4,352KB | Audio | |
| anonymous_user@KaZaA | Marlyn Manson - Beautiful People.mp3 | 3 | 3,473KB | Audio | |
| anonymous_user@KaZaA | Cky.mp3 | HIM | 1,323KB | Audio | |
| anonymous_user@KaZaA | Flesh Into Gear.mp3 | CKY | 3,801KB | Audio | |
| anonymous_user@KaZaA | John Lennon - Imagine.mp3 | John Lennon | 2,874KB | Audio | |
| anonymous_user@KaZaA | Dennis Leary - Asshole.mp3 | Dennis Leary | 8,312KB | Audio | |
| anonymous_user@KaZaA | Distubed -Down with the sickness.mp3 | Disturbed | 3,512KB | Audio | Dow |
| anonymous_user@KaZaA | Red Hot Chili Peppers - I'm So Depressed.mp3 | Red Hot Chili Pepper | 2,846KB | Audio | |
| anonymous_user@KaZaA | Forbidden Broadway - Be Depressed [Be Our Guest].mp3 | Forbidden B'way | 2,854KB | Audio | |
| anonymous_user@KaZaA | 07 Beautifully Depressed.mp3 | Unknown | 4,575KB | Audio | 07 Be |
| anonymous_user@KaZaA | john lennon - Let it Be..mp3 | Jhon Lenon | 3,782KB | Audio | |
| anonymous_user@KaZaA | Boys 2 Men - Yesterday (1).mp3 | Boyz II Men | 2,946KB | Audio | It's So Hard T |
| anonymous_user@KaZaA | Megadeth Nine Inch Nails - Symphony of Destruction.mp3 | NIN_MegaDeath | 6,600KB | Audio | Symph |
| anonymous_user@KaZaA | NIN - Animal.mp3 | Nine Inch Nails | 6,044KB | Audio | I Want To Fuck |
| anonymous_user@KaZaA | sandstorm - darude.mp3 | Sandstorm | 3,515KB | Audio | |
| anonymous_user@KaZaA | 16 Ain't a Thug.mp3 | Trick Daddy | 4,459KB | Audio | |
| anonymous_user@KaZaA | ICP - WHAT IS A JUGALO.MP3 | ICP | 3,636KB | Audio | |

[redacted]

My Participation Level: Low (1), Downloads: 0, Uploads: 0 | 2,133,395 users online, sharing 913,135,360 files (31,241,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| anonymous_user@KaZaA | ICP - WHAT IS A JUGALO.MP3 | ICP | 3,696KB | Audio | |
| anonymous_user@KaZaA | 50Cent-Wanksta.mp3 | 50 Cent | 5,127KB | Audio | |
| anonymous_user@KaZaA | ICP_Twistid - SECOND HAND SMOKE.MP3 | Twiztid | 4,226KB | Audio | |
| anonymous_user@KaZaA | MOVE B---H.mp3 | Ludacris | 3,178KB | Audio | |
| anonymous_user@KaZaA | Linkin Park - Crawling.mp3 | Linkin Park | 4,082KB | Audio | |
| anonymous_user@KaZaA | 06 - Commitment.mp3 | Lucky Boys Confusion | 3,862KB | Audio | |
| anonymous_user@KaZaA | ludacris-10-move_bitch_ft_mystikal_i-20-rns.mp3 | Ludacris (w/ Mystikal_I-... | 6,350KB | Audio | |
| anonymous_user@KaZaA | Greenday- Long view.mp3 | Green Day | 3,278KB | Audio | |
| anonymous_user@KaZaA | Le Tigre - Dude, Yr So Crazy! (3) (1).mp3 | D-12 | 3,232KB | Audio | Le Tigre - Dude, Y |
| anonymous_user@KaZaA | Greenday - Longview.mp3 | Green Day | 2,804KB | Audio | |
| anonymous_user@KaZaA | 50 CeNT - 21 QueSTioNS ReMiX - 21 aNSWeRS.mp3 | Lil' Mo f/ Free | 4,894KB | Audio | |
| anonymous_user@KaZaA | 50 Cent - We On Fire.mp3 | Lloyd Banks | 4,335KB | Audio | 50 |
| anonymous_user@KaZaA | P.I.M.P Remix.wma | 50 Cent ft Sean Paul | 3,954KB | Audio | |
| anonymous_user@KaZaA | 50 Cent-Get Rich Or Die Tryin-21 questions-Real Album.mp3 | *50 Cent | 4,955KB | Audio | |
| anonymous_user@KaZaA | Rehab -Crazy People.mp3 | Rehab | 2,972KB | Audio | |
| anonymous_user@KaZaA | rehab - Gin and Juice (Bluegrass version).mp3 | Rehab | 6,016KB | Audio | |
| anonymous_user@KaZaA | Rehab - Mrs_ Jones.mp3 | Rehab | 3,460KB | Audio | |
| anonymous_user@KaZaA | Rehab - In My Beer.mp3 | Rehab | 1,611KB | Audio | |
| anonymous_user@KaZaA | Rehab - Sittin t a Bar.mp3 | 3 | 2,930KB | Audio | |
| anonymous_user@KaZaA | Tech Nine-Slacker.wma | tech n9ne | 2,025KB | Audio | |
| anonymous_user@KaZaA | Rehab - Drinking Problem.mp3 | Rehab | 3,332KB | Audio | |
| anonymous_user@KaZaA | dmx-ruff ryders anthem.mp3 | DMX | 5,319KB | Audio | |
| anonymous_user@KaZaA | DMX - Rough Riders Athem.mp3 | DMX | 3,343KB | Audio | DMX R |
| anonymous_user@KaZaA | Green Day - Longview.wma | Greenday | 3,790KB | Audio | |
| anonymous_user@KaZaA | John Denver - Grandma's Feather Bed.mp3 | John Denver | 2,103KB | Audio | John Denver - Grar |
| anonymous_user@KaZaA | Tech N9ne-physco bitch.mp3 | Tech 9ne | 2,919KB | Audio | |
| anonymous_user@KaZaA | Green Day - Time of your life (good riddance).mp3 | Green Day | 2,450KB | Audio | Green Day - Time of your l |
| anonymous_user@KaZaA | Dmx -Dear Grandma.mp3 | Dmx | 4,416KB | Audio | |
| anonymous_user@KaZaA | tech n9ne - constantly dirty.mp3 | artist | 5,626KB | Audio | |

My Participation Level: Low (1), Downloads: 0, Uploads: 0 | 2,133,395 Users online, sharing 913,135,360 files (31,241,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| anonymous_user@KaZaA | tech n9ne - constantly dirty.mp3 | artist | 5,626KB | Audio | |
| anonymous_user@KaZaA | Tech N9ne - Im A Player.MP3 | Techn9ne | 2,039KB | Audio | |
| anonymous_user@KaZaA | dmx - Grandma.mp3 | DMX | 4,442KB | Audio | |
| anonymous_user@KaZaA | Tech Nine - Young Hooligans.mp3 | TECH N9NE | 4,084KB | Audio | |
| anonymous_user@KaZaA | Tech N9ne - Cursed.mp3 | Tech N9ne | 4,317KB | Audio | |
| anonymous_user@KaZaA | Rehab - Hey Fred.mp3 | Rehab | 3,742KB | Audio | |
| anonymous_user@KaZaA | O'Canada.mp3 | Unknown | 1,613KB | Audio | |
| anonymous_user@KaZaA | Anti-Flag - Born To Die.mp3 | Anti-Flag | 1,921KB | Audio | |
| anonymous_user@KaZaA | O Canada - Techno.mp3 | Tecno | 1,049KB | Audio | |
| anonymous_user@KaZaA | 5 - canada.mp3 | Shellac | 2,208KB | Audio | |
| anonymous_user@KaZaA | Canada Song - you know I am canadian.mp3 | Molson | 1,763KB | Audio | You Kn |
| anonymous_user@KaZaA | Brooks Buford - Out The Hospital.mp3 | ReHab | 3,701KB | Audio | |
| anonymous_user@KaZaA | THEME~~1 (1).MP3 | Theme Song | 510KB | Audio | Hockey Nigh |
| anonymous_user@KaZaA | DMX Great Depression - Grandma.mp3 | DMX | 4,442KB | Audio | |
| anonymous_user@KaZaA | 17 Good Riddance (Time of Your Life).wma | Green Day | 2,454KB | Audio | 17 Good Riddance |
| anonymous_user@KaZaA | Marlyn Manson - Tained love.mp3 | Marlyn Manson | 3,108KB | Audio | |
| anonymous_user@KaZaA | marlyn manson - mobscene.mp3 | Marilyn Manson | 4,869KB | Audio | |
| anonymous_user@KaZaA | I Don't Like The Drugs.mp3 | Marlyn Manson | 4,732KB | Audio | I Don't Like The Drugs (Bu |
| anonymous_user@KaZaA | Marlyn Manson - The Fight Song.mp3 | Marlyn Manson | 4,203KB | Audio | |
| anonymous_user@KaZaA | sublime - april 29, 1992.mp3 | Sublime | 3,643KB | Audio | |
| anonymous_user@KaZaA | Marlyn Manson - Willy Wonka.mp3 | Marilyn Manson | 1,267KB | Audio | |
| anonymous_user@KaZaA | system of a down - Plastic Jesus.mp3 | Marlyn Manson | 3,297KB | Audio | |
| 2 Users | Green Day - Time of Your Life.mp3 | Green Day | 2,409KB | Audio | |
| anonymous_user@KaZaA | Lucky Boys Confusion - Deja Vu.mp3 | Lucky Boys Confusion | 3,517KB | Audio | |
| anonymous_user@KaZaA | 13 South Union.mp3 | Lucky Boys Confusion | 677KB | Audio | |
| anonymous_user@KaZaA | 07 Dumb Pop Song.wma | A | 3,271KB | Audio | |
| anonymous_user@KaZaA | King of Apathy.mp3 | Lucky Boys Confusion | 898KB | Audio | |
| anonymous_user@KaZaA | 10_NEVER_LIKE_THIS.MP3 | Lucky Boys Confusion | 1,082KB | Audio | |
| anonymous_user@KaZaA | 04 Masala.mp3 | Lucky Boys Confusion | 2,130KB | Audio | |

My Participation Level: Low (1), Downloads: 0, Uploads: 0 | 2,133,396 users online, sharing 913,135,360 files (31,241,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | 04 Masala.mp3 | Lucky Boys Confusion | 2,120KB | Audio |
| anonymous_user@KaZaA | Lucky Boys Confusion - Envy.mp3 | Lucky Boys Confusion | 3,068KB | Audio |
| anonymous_user@KaZaA | 09 Saturday Night (2).mp3 | Lucky Boys Confusion | 3,715KB | Audio |
| anonymous_user@KaZaA | Lucky Boys Confusion - do you miss me.mp3 | Lucky Boys Confusion | 3,978KB | Audio |
| anonymous_user@KaZaA | Lucky Boys Confusion- City Lights (1).mp3 | Lucky Boys Confusion | 3,866KB | Audio |
| anonymous_user@KaZaA | 03 LBC.mp3 | Lucky Boys Confusion | 4,014KB | Audio |
| anonymous_user@KaZaA | 14 Slip.mp3 | Lucky Boys Confusion | 7,426KB | Audio |
| anonymous_user@KaZaA | Beatles - Imagine.mp3 | John Lennon | 3,066KB | Audio |
| anonymous_user@KaZaA | God.mp3 | John Lennon | 3,052KB | Audio |
| anonymous_user@KaZaA | Korn- Another Brick In the Wall, Pts. 1-3.wma | Korn | 3,397KB | Audio |
| anonymous_user@KaZaA | John Lennon - Mother.mp3 | John Lennon | 3,629KB | Audio |
| anonymous_user@KaZaA | JHON LENNON-Love.mp3 | John Lenon | 2,154KB | Audio |
| anonymous_user@KaZaA | Another Brick in the Wall.wma | Korn | 6,757KB | Audio |
| anonymous_user@KaZaA | korn(another brick in the wall).wma | Korn | 6,755KB | Audio |
| anonymous_user@KaZaA | 02 Another Brick In the Wall, Pts. 1-3.wma | Korn | 6,755KB | Audio |
| anonymous_user@KaZaA | Mystikal - Shake That Ass.mp3 | Mystikal | 3,958KB | Audio |
| anonymous_user@KaZaA | 01 Shaggy - Hot Shot (1).mp3 | Shaggy | 3,572KB | Audio |
| anonymous_user@KaZaA | wakefeild - another_girl.mp3 | Wakefield | 3,244KB | Audio |
| anonymous_user@KaZaA | Insane Clown Posse - Dead Body Man.mp3 | ICP | 4,082KB | Audio |
| anonymous_user@KaZaA | Fabolous - I cant deny it.MP3 | Fabulous ft. Nate | 2,006KB | Audio |
| anonymous_user@KaZaA | Gwar - Sexecutioner.mp3 | Gwar | 3,734KB | Audio |
| anonymous_user@KaZaA | Gwar - Stalin Organs.mp3 | GWAR | 2,179KB | Audio |
| anonymous_user@KaZaA | GWAR - sick of you (1).mp3 | GWAR | 3,717KB | Audio |
| anonymous_user@KaZaA | Pato Banton - Gwarn!.mp3 | Gwar | 4,486KB | Audio |
| anonymous_user@KaZaA | 12_-Helena_2.mp3 | Misfits | 4,809KB | Audio |
| anonymous_user@KaZaA | 005 GREAT BALLS OF FIRE.mp3 | Misfits | 2,586KB | Audio |
| anonymous_user@KaZaA | Gwar featuring Pantera and Kidrock.mp3 | Pantera | 2,798KB | Audio |
| anonymous_user@KaZaA | Greenday- Longview.mp3 | Green Day | 4,660KB | Audio |
| anonymous_user@KaZaA | Greenday - All By Myself.mp3 | Green Day | 1,570KB | Audio |
| [illegible] | House of Pain - Jump Around.mp3 | House of Pain | [illegible] | Audio |

Another
Another
korn(anoth
02 Another Brick i

My Participation Level: Low (1), Downloads: 0, Uploads: 0 | 2,133,395 users online, sharing 913,135,360 files (31,241,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Greenday - All By Myself.mp3 | Green Day | 1,570KB | Audio |
| anonymous_user@KaZaA | House of Pain - Jump Around.mp3 | House of Pain | 3,278KB | Audio |
| anonymous_user@KaZaA | SPM - Miss Perfect.mp3 | SPM | 3,780KB | Audio |
| anonymous_user@KaZaA | Jump Around.mp3 | House Of Pain | 3,278KB | Audio |
| anonymous_user@KaZaA | Nine Inch Nails - Head Like A Hole.mp3 | NIN | 4,682KB | Audio |
| anonymous_user@KaZaA | 50 Cent - Candy Shop (1).mp3 | 50 Cent | 2,933KB | Audio |
| anonymous_user@KaZaA | 50 Cent - Candy Shop.wma | 50 Cent | 1,668KB | Audio |
| anonymous_user@KaZaA | Eminem - Mockingbird.mp3 | Eminem | 9,865KB | Audio |
| anonymous_user@KaZaA | Adam Sandler - Yoda drunk .mp3 | Adam Sandler | 513KB | Audio |
| anonymous_user@KaZaA | Comedy - The Word Fuck.mp3 | Adam Sandler | 2,133KB | Audio |
| anonymous_user@KaZaA | Adam Sandler - Toll Booth Willy.mp3 | Adam Sandler | 3,566KB | Audio |
| anonymous_user@KaZaA | Adam Sandler - The Goat Song.mp3 | Adam Sandler | 4,594KB | Audio |
| anonymous_user@KaZaA | Something About Being Drunk.mp3 | Adam Sandler | 3,858KB | Audio |
| anonymous_user@KaZaA | Piece of Shit Car.mp3 | Adam Sandler | 3,218KB | Audio |
| anonymous_user@KaZaA | Adam Sadler - lunch lady.mp3 | adam sandler | 4,740KB | Audio |
| anonymous_user@KaZaA | Adam Sandler - Cock And Balls.mp3 | Adam Sandler | 4,423KB | Audio |
| anonymous_user@KaZaA | Camp Grenada.mp3 | Adam Sandler | 2,563KB | Audio |
| anonymous_user@KaZaA | 50 Cent - Disco Inferno (1) (1).mp3 | 50 Cent | 3,002KB | Audio |
| anonymous_user@KaZaA | Ja Rule Diss 50 Cents.wma | 50 Cent | 1,827KB | Audio |
| anonymous_user@KaZaA | Frank Sinatra - Fly Me To The Moon.mp3 | Frank Sinatra | 3,495KB | Audio |
| anonymous_user@KaZaA | Frank Sinatra - My Way (1).mp3 | Frank Sinatra | 4,347KB | Audio |
| anonymous_user@KaZaA | Violent Femmes - Country Death Song.mp3 | Violent Femmes | 4,737KB | Audio |
| anonymous_user@KaZaA | tony bennet- the way you look tonight.mp3 | Tony Bennett | 6,419KB | Audio |
| anonymous_user@KaZaA | Frank Sinatra - The Way You Look Tonite.mp3 | Frank Sinatra | 4,739KB | Audio |
| anonymous_user@KaZaA | Shaggy - Chica Bonita.mp3 | KaZaA | 3,782KB | Audio |
| anonymous_user@KaZaA | shaggy - Freaky girl.mp3 | Shaggy | 3,856KB | Audio |
| anonymous_user@KaZaA | Why Me Lord .mp3 | Shaggy | 2,976KB | Audio |
| anonymous_user@KaZaA | Fabolous_Nate Dogg - You Cant Deny It.mp3 | Fabolous | 3,443KB | Audio |
| anonymous_user@KaZaA | Take It To Da House.mp3 | Trick Daddy And The S-N-... | 3,640KB | Audio |

My Participation Level: Low (1), Downloads: 0, Uploads: 0 | 2,133,395 users online, sharing 913,135,360 files (31,241,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| anonymous_user@KaZaA | Take It To Da House.mp3 | Trick Daddy And The S-N-... | 3,640KB | Audio | |
| anonymous_user@KaZaA | Chicago - You're My Inspiration.mp3 | Chicago | 3,597KB | Audio | |
| anonymous_user@KaZaA | Kotton Mouth Kings-peace not greed.mp3 | Kottonmouth Kings | 4,661KB | Audio | |
| anonymous_user@KaZaA | Copy of Kotton Mouth Kings- Roll it Up.MP3 | Kottonmouth Kings | 3,796KB | Audio | |
| anonymous_user@KaZaA | KottonMouthKings - High Society.mp3 | Kotton Mouth Kings | 3,445KB | Audio | |
| anonymous_user@KaZaA | 2pac - Dear Mamma.mp3 | 2 Pac | 4,372KB | Audio | |
| anonymous_user@KaZaA | Wakefield - Say You Will.mp3 | Wakefield | 3,165KB | Audio | |
| anonymous_user@KaZaA | Wakefield - Had Me At Goodbye.mp3 | Wakefield | 3,598KB | Audio | |
| anonymous_user@KaZaA | Audio - Fine Arts Militia Album.kpl | Fine Arts Militia | 1KB | | Audio - Fin |
| anonymous_user@KaZaA | Social Distortion - Don't Drag Me Down.mp3 | Social Distortion | 3,608KB | Audio | |
| anonymous_user@KaZaA | Chronic Future - Static On The Radio.mp3 | Chronic Future | 3,371KB | Audio | |
| anonymous_user@KaZaA | Chronic Future - Memories In f Minor.mp3 | Chronic Future | 4,172KB | Audio | |
| anonymous_user@KaZaA | Chronic Future - Time and Time Again.wma | Chronic Future | 5,070KB | Audio | |
| anonymous_user@KaZaA | MC Chris - I Want Candy.mp3 | MC Pee Pants | 1,644KB | Audio | |
| anonymous_user@KaZaA | ICP - Homies.mp3 | Insane Clown Posse | 4,314KB | Audio | |
| anonymous_user@KaZaA | MC Chris - DQ Blizzard.mp3 | MC Chris | 2,396KB | Audio | |
| anonymous_user@KaZaA | mc chris - ratz.mp3 | A+ | 3,513KB | Audio | |
| anonymous_user@KaZaA | static x - I Am.mp3 | Static X | 2,612KB | Audio | |
| anonymous_user@KaZaA | MC Chris - 04 - Pop Punk Is Dead.mp3 | MC Chris | 1,624KB | Audio | |
| anonymous_user@KaZaA | Bush - Come Back Down.mp3 | Bush | 5,092KB | Audio | I Don't Want to Come Back |
| anonymous_user@KaZaA | 05-slipknot-opium_of_the_people-rns (1).mp3 | Slipknot | 5,558KB | Audio | |
| anonymous_user@KaZaA | ACDC vs Eminem.mp3 | Eminem vs. AC/DC | 3,955KB | Audio | |
| anonymous_user@KaZaA | billy joel - You May Be Right (I May Be Crazy).mp3 | billy joel | 3,975KB | Audio | You May Be Rig |
| anonymous_user@KaZaA | mc chris - geek.mp3 | mc chris | 3,353KB | Audio | |
| anonymous_user@KaZaA | andrew - wk Party Hard.mp3 | Andrew WK | 3,137KB | Audio | |
| anonymous_user@KaZaA | Chronic Future - Come Correct.mp3 | Chronic Future | 3,602KB | Audio | |
| anonymous_user@KaZaA | sealab 2021 - Hesh.mp3 | sealab 2021 | 526KB | Audio | |
| anonymous_user@KaZaA | 01-trick_daddy-lets_go_(dirty)-tmz.mp3 | Trick Daddy ft lil jon | 3,557KB | Audio | |
| anonymous_user@KaZaA | RAP - South Park Mexican (SPM) - Mary Jane.mp3 | South Park Mexican | 4,092KB | Audio | |

[redacted]

My Participation Level: Low (1), Downloads: 0, Uploads: 0 | 2,139,395 users online, sharing 913,135,360 files (31,241,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | RAP - South Park Mexican (SPM) - Mary Jane.mp3 | South Park Mexican | 4,092KB | Audio |
| anonymous_user@KaZaA | Busta Rhymes - This Means War(IRON MAN).mp3 | Busta Rymes/Ozzy Osbou.. | 4,300KB | Audio |
| anonymous_user@KaZaA | 2pac - Baby Dont Cry.mp3 | Vico C | 3,099KB | Audio |
| anonymous_user@KaZaA | 02 - I'm A Thug.mp3 | Trick Daddy | 3,074KB | Audio |
| anonymous_user@KaZaA | Marilyn Manson - Iron Man (1).mp3 | Marilyn Manson | 4,504KB | Audio |
| anonymous_user@KaZaA | dj screw,201,spm,lil flip-rollin.mp3 | UGK-SPM-LIL FLIP | 4,308KB | Audio |
| anonymous_user@KaZaA | Methods of Mayhem - Anger Management.mp3 | Methods Of Mayhem | 3,025KB | Audio |
| anonymous_user@KaZaA | Methods Of Mayhem - Proposition Fuck You.mp3 | Methods Of Mayhem | 3,578KB | Audio |
| anonymous_user@KaZaA | Twizted - what tha dead like.mp3 | Twiztid | 2,874KB | Audio |
| anonymous_user@KaZaA | Bob Marley - Redemption Song.mp3 | Bob Marley | 3,583KB | Audio |
| anonymous_user@KaZaA | Sage Francis - Eye Of The Tiger.mp3 | Sage Francis | 2,320KB | Audio |
| anonymous_user@KaZaA | MC Chris - Fuckin Up My Xmas.mp3 | MC Chris | 5,060KB | Audio |
| anonymous_user@KaZaA | Brad Paisley - Little Moments.mp3 | Brad Paisley | 3,431KB | Audio |
| anonymous_user@KaZaA | Brad Paisley - Little Moments Like That.mp3 | Brad Paisley | 3,434KB | Audio |
| anonymous_user@KaZaA | 09 Whiskey Lullaby.mp3 | Brad Paisley | 4,131KB | Audio |
| anonymous_user@KaZaA | 04 brad paisley - Wrapped Around.mp3 | Brad Paisley | 3,172KB | Audio |
| anonymous_user@KaZaA | South Park Mexican- You Know My Name.mp3 | South Park Mexican | 4,444KB | Audio |
| anonymous_user@KaZaA | Deftones Incubus, POD, Adam Sandler - The Joker.mp3 | Deftones, Incubus, P.O.D. | 1,070KB | Audio |
| anonymous_user@KaZaA | ICP - Fuck The World.mp3 | Insane Clown Posse | 3,504KB | Audio |
| anonymous_user@KaZaA | ICP - Tilt A Whirl.mp3 | Insane Clown Posse | 3,710KB | Audio |
| anonymous_user@KaZaA | Moulin Rouge - Fatboy Slim - Smells Like Teen Spirit (Remix).. | Fatboy Slim | 5,940KB | Audio |
| anonymous_user@KaZaA | ICP - Under The Moon.mp3 | Insane Clown Posse | 4,695KB | Audio |
| anonymous_user@KaZaA | ICP-Chicken Hunting.mp3 | Insane Clown Posse | 4,362KB | Audio |
| anonymous_user@KaZaA | 04-Gang Related.MP3 | Insane Clown Posse | 5,658KB | Audio |
| anonymous_user@KaZaA | Bowling For Soup - I Ran.mp3 | Bowling For Soup | 2,419KB | Audio |
| anonymous_user@KaZaA | mc chris - life's a bitch and i'm her pimp - fett's vette.mp3 | mc chris | 4,742KB | Audio |
| anonymous_user@KaZaA | OAR - Hey Girl.mp3 | O.A.R. | 4,225KB | Audio |
| anonymous_user@KaZaA | Eminem Feat Dr. Dre - The Show Down.mp3 | Eminem Feat Dr. Dre | 4,385KB | Audio |
| anonymous_user@KaZaA | 06-eminem-nail_in_the_coffin-tas.mp3 | eminem | 6,742KB | Audio |

My Participation Level: Low (1), Downloads: 0, Uploads: 0 | 2,133,995 users online, sharing 913,135,360 files (31,241,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| anonymous_user@KaZaA | 06-eminem-nail_in_the_coffin-tas.mp3 | eminem | 6,742KB | Audio | |
| anonymous_user@KaZaA | Clash - The Magnificent Seven (1977).mp3 | Clash | 4,219KB | Audio | Clash - The |
| anonymous_user@KaZaA | Shinedown - Fly From the Inside (3).mp3 | Shinedown | 5,489KB | Audio | F |
| anonymous_user@KaZaA | Audio - Public Enemy Revolverlution Album.kpl | Public Enemy | 3KB | | Audio - Public Enemy Re |
| anonymous_user@KaZaA | Sound Effects - Gun Shots.wav | Sound Effects | 823KB | Audio | |
| anonymous_user@KaZaA | Halloween - Sound Effects - Evil Laugh.wav | FX | 618KB | Audio | |
| anonymous_user@KaZaA | sound effects-3 gun shots .45 automatic.wav | Sound Effect | 1,212KB | Audio | 3 gun s |
| anonymous_user@KaZaA | Sound Effects - Evil laughing.mp3 | 3 | 514KB | Audio | |
| anonymous_user@KaZaA | Audio - The Honey Palace Album.kpl | The Honey Palace | 1KB | | Audio - The H |
| anonymous_user@KaZaA | Sound Effects - FX- Heart Beat.mp3 | Sound Effects | 804KB | Audio | |
| anonymous_user@KaZaA | Sound Effects (FX) - Porky Pig Swearing.wav | fx | 1,885KB | Audio | |
| anonymous_user@KaZaA | SFX Crowd Panic stricken.mp3 | Sound FX | 520KB | Audio | P |
| anonymous_user@KaZaA | Social Distortion - Ring Of Fire.mp3 | Social Distortion | 3,624KB | Audio | |
| anonymous_user@KaZaA | Snow - Informer.mp3 | Snow | 3,674KB | Audio | |
| anonymous_user@KaZaA | Billy Joel - Piano Man.mp3 | Billy Joel | 4,606KB | Audio | |
| anonymous_user@KaZaA | Filter - Hey Man Nice Shot.mp3 | Filter | 4,911KB | Audio | |
| anonymous_user@KaZaA | Steve Miller Band - Come on and dance.mp3 | Steve Miller Band | 3,265KB | Audio | C |
| anonymous_user@KaZaA | Tom Petty - I Won't Back Down.mp3 | Tom Petty | 2,761KB | Audio | |
| anonymous_user@KaZaA | Tom Petty - American Girl.mp3 | Tom Petty | 3,272KB | Audio | |
| anonymous_user@KaZaA | Darkness-Disturbed.wma | The Darkness | 1,888KB | Audio | |
| anonymous_user@KaZaA | Blink 182 - First Date.mp3 | Blink 182 | 2,546KB | Audio | |
| anonymous_user@KaZaA | Tom Petty - You Don't Know How It Feels.mp3 | Tom Petty | 4,523KB | Audio | You Don't |
| anonymous_user@KaZaA | Tom Petty - Life Is a Highway.mp3 | Tom Petty | 5,194KB | Audio | |
| anonymous_user@KaZaA | Pink Floyd - Eclipse.mp3 | Pink Floyd | 1,940KB | Audio | |
| anonymous_user@KaZaA | Sound FX - War Scene.mp3 | Sound FX | 1,171KB | Audio | War Scene - Guns, Sh |
| anonymous_user@KaZaA | The Battle Of Los Angeles Born As Ghosts.mp3 | Rage Against The Machine | 4,309KB | Audio | |
| anonymous_user@KaZaA | boys night out - Stuck on you.mp3 | Coheed And Cambria | 1,944KB | Audio | |
| anonymous_user@KaZaA | Tom Petty - Last Dance With Mary Jane.mp3 | Tom Petty | 4,243KB | Audio | Last Dar |
| anonymous_user@KaZaA | Tom Petty - Free Fallin'.mp3 | Tom Petty | 3,897KB | Audio | |

My Participation Level: Low (1), Downloads: 0, Uploads: 0 | 2,133,395 users online, sharing 913,139,360 files (31,241,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Tom Petty - Free Fallin'.mp3 | Tom Petty | 3,897KB | Audio |
| anonymous_user@KaZaA | Tom Petty - Listen To Her Heart (live).mp3 | Tom Petty | 4,041KB | Audio |
| anonymous_user@KaZaA | Sublime - Wrong Way.mp3 | Sublime | 2,127KB | Audio |
| anonymous_user@KaZaA | Disturbed - Down With The Sickness.mp3 | Disturbed | 2,177KB | Audio |
| anonymous_user@KaZaA | NIN-Hurt.mp3 | Nine Inch Nails | 3,615KB | Audio |
| anonymous_user@KaZaA | Alien Ant Farm - Movies.mp3 | Alien Ant Farm | 3,058KB | Audio |
| anonymous_user@KaZaA | Bloodhound Gang - Hell Yeah.mp3 | Bloodhound Gang | 4,724KB | Audio |
| anonymous_user@KaZaA | Aicha.mp3 | Outlandish | 5,354KB | Audio |
| anonymous_user@KaZaA | Bloodhound Gang - Sweet As The Punch.mp3 | Bloodhound Gang | 3,118KB | Audio |
| anonymous_user@KaZaA | Bloodhound Gang - Pacman On Crack.mp3 | Blood Hound Gang | 4,354KB | Audio |
| anonymous_user@KaZaA | Jagged Egde - Dont Wanna Say Goodbye.mp3 | Jagged Edge | 6,399KB | Audio |
| anonymous_user@KaZaA | Outlandish - Interlude.mp3 | Outlandish | 1,483KB | Audio |
| anonymous_user@KaZaA | Freedom Rage Against The Machine.mp3 | Rage Against The Machine | 5,102KB | Audio |
| anonymous_user@KaZaA | Soul Asylum - Runaway Train (1).mp3 | Soul Asylum | 3,643KB | Audio |
| anonymous_user@KaZaA | hed pe- bartender (3).mp3 | Head P.E. | 2,826KB | Audio |
| anonymous_user@KaZaA | Bowling for Soup - lets do it for johnny - 4 - You and Me.m... | The Cranberries | 3,306KB | Audio |
| anonymous_user@KaZaA | Rap - Cypress Hill - I Wanna Get High (Spanish).MP3 | Cypress Hill | 3,156KB | Audio |
| anonymous_user@KaZaA | Latin-Las Guanabanas - spanish rap (1) (1).mp3 | Las Guanabanas | 2,368KB | Audio |
| anonymous_user@KaZaA | SPANISH--Big Pun - 100% (Puerto Rico).mp3 | BigPun | 3,621KB | Audio |
| anonymous_user@KaZaA | SPM - Mexican Radio.mp3 | SPM | 4,630KB | Audio |
| anonymous_user@KaZaA | SPANISH FLY-O G LOWRIDER.MP3 | SPANISH FLY | 1,750KB | Audio |
| anonymous_user@KaZaA | 14-You and Me.mp3 | J-Kwon | 4,123KB | Audio |
| anonymous_user@KaZaA | Freedom Rage Against The Machine (1).mp3 | Rage Against The Machine | 8,296KB | Audio |
| anonymous_user@KaZaA | [Live]-When Dolphines Cry.mp3 | Live | 3,734KB | Audio |
| anonymous_user@KaZaA | Rage Against The Machine - Killing In The Name Of.mp3 | The All | 4,912KB | Audio |
| anonymous_user@KaZaA | Slipknot - Only One.mp3 | Slip knot | 2,282KB | Audio |
| anonymous_user@KaZaA | Eminem - Remember Me.mp3 | Eminem | 3,448KB | Audio |
| anonymous_user@KaZaA | Slipknot - Welcome.mp3 | Slipknot | 4,582KB | Audio |
| anonymous_user@KaZaA | 13-slipknot-the_virus_of_life.mp3 | Slipknot | 9,196KB | Audio |

My Participation Level: Low (1), Downloads: 0, Uploads: 0 | 2,139,995 users online, sharing 913,135,360 files (91,241,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | 13-slipknot-the_virus_of_life.mp3 | Slipknot | 9,196KB | Audio |
| anonymous_user@KaZaA | Three Nil.mp3 | Slipknot | 4,352KB | Audio |
| anonymous_user@KaZaA | bowling for soup - Emily.mp3 | Bowling for Soup | 3,606KB | Audio |
| anonymous_user@KaZaA | I Miss My Friend.mp3 | Darryl Worley | 2,488KB | Audio |
| anonymous_user@KaZaA | Pulse.mp3 | Slipknot | 4,146KB | Audio |
| anonymous_user@KaZaA | 009 - Baby One More Time .mp3 | Bowling For Soup | 3,274KB | Audio |
| anonymous_user@KaZaA | Janet Jackson - I Want You.mp3 | Janet Jackson | 1,996KB | Audio |
| anonymous_user@KaZaA | killers - somebody told me.mp3 | The killers | 4,539KB | Audio |
| anonymous_user@KaZaA | Silent_Scream.mp3 | stutterfly | 3,808KB | Audio |
| anonymous_user@KaZaA | I love your smile_tiffany evans_tiffany evans-gsm.mp3 | Tiffany Evans | 7,265KB | Audio |
| anonymous_user@KaZaA | savage garden - I want you.mp3 | 3 | 3,620KB | Audio |
| anonymous_user@KaZaA | Janet Jackson My Baby (Feat. Kanye West) 5.mp3 | Janet Jackson | 2,364KB | Audio |
| anonymous_user@KaZaA | Slipknot - Iowa - Black Heart.mp3 | Slipknot | 2,615KB | Audio |
| anonymous_user@KaZaA | 06 The Beatles - I Am The Walrus.mp3 | The Beatles | 8,524KB | Audio |
| anonymous_user@KaZaA | Slipknot - Requiem.mp3 | Slipknot | 3,384KB | Audio |
| anonymous_user@KaZaA | Danzig - Mother (4).mp3 | Danzig | 3,201KB | Audio |
| anonymous_user@KaZaA | Savage Garden - I Knew I Loved You.mp3 | Savage Garden | 3,935KB | Audio |
| anonymous_user@KaZaA | Simpsons - Doh Song.mp3 | Homer Simpson | 1,612KB | Audio |
| anonymous_user@KaZaA | MC Chris - White Kids Love Hip-Hop.mp3 | MC Chris | 3,943KB | Audio |
| anonymous_user@KaZaA | Onyx ft. DMX - Shut em Down.mp3 | Big Pun Noreaga Onyx | 3,318KB | Audio |
| anonymous_user@KaZaA | Lil Flip - Sunshine.mp3 | Lil Flip | 3,522KB | Audio |
| anonymous_user@KaZaA | Bowling For Soup - 03 - Girl All The Bad Guys Want.mp3 | Bowling For Soup | 3,352KB | Audio |
| anonymous_user@KaZaA | Slipknot - Duality (Live).mp3 | Slipknot | 4,507KB | Audio |
| anonymous_user@KaZaA | Club - DJ Venom - Insomnia.mp3 | Techno - Trance - DJ Ven... | 1,872KB | Audio |
| anonymous_user@KaZaA | Sheryl Crow And Eric Clapton - Merry Christmas Baby.mp3 | cheryl crowe,eric clapton | 2,816KB | Audio |
| anonymous_user@KaZaA | PC DJ Mixing Software found via FileDonkey.com.exe | Unknown | 32KB | Software |
| anonymous_user@KaZaA | Irish TECHNO DJ Venom- Bagpipes.mp3 | DJ Venom | 3,340KB | Audio |
| anonymous_user@KaZaA | Bowling For Soup - The Bitch Song.mp3 | Bowling For Soup | 3,336KB | Audio |
| anonymous_user@KaZaA | Bowling For Soup - Life After Lisa (1).mp3 | Bowling For Soup | 7,712KB | Audio |
| [illegible] | Bowling For Soup - Koolaid.mp3 | Bowling For Soup | [illegible] | Audio |

My Participation Level: Low (1), Downloads: 0, Uploads: 0 | 2,133,395 users online, sharing 913,135,360 files (31,241,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Bowling For Soup - Life After Lisa (1).mp3 | Bowling For Soup | 7,712KB | Audio |
| anonymous_user@KaZaA | Bowling For Soup- Koolaid.mp3 | Bowling For Soup | 1,506KB | Audio |
| anonymous_user@KaZaA | Bowling For Soup - Suspicious Minds.mp3 | Bowling For Soup | 2,198KB | Audio |
| anonymous_user@KaZaA | Bowling For Soup - Sucker Punch.mp3 | Bowling For Soup | 3,412KB | Audio |
| anonymous_user@KaZaA | Remixes - Hip Hop Hindi 2000 (1).mp3 | DJ Venom | 1,659KB | Audio |
| anonymous_user@KaZaA | Corey Taylor - Bother.wma | Stone Sour | 2,370KB | Audio |
| anonymous_user@KaZaA | 08-stone_sour_-_bother-qtxmp3.mp3 | Stone Sour | 5,660KB | Audio |
| anonymous_user@KaZaA | Clash - Julie's Been Working for the Drug Squad (1978).mp3 | Clash | 2,891KB | Audio |
| anonymous_user@KaZaA | Boston Red Sox - WFNX Yankees Suck !.mp3 | Boston | 1,312KB | Audio |
| anonymous_user@KaZaA | Old School Rap - Vanilla Ice - Ice Ice Baby.mp3 | Vanilla Ice | 1,046KB | Audio |
| anonymous_user@KaZaA | 02last_resort.mp3 | Papa Roach | 3,701KB | Audio |
| anonymous_user@KaZaA | throwdown - baby got back.mp3 | Throwdown | 6,358KB | Audio |
| anonymous_user@KaZaA | ICP,Twiztid - Old School Pervert.mp3 | ICP/Twiztid | 4,253KB | Audio |
| anonymous_user@KaZaA | New York Yankees Victory Song.mp3 | 3 | 3,222KB | Audio |
| anonymous_user@KaZaA | Bruce Channel - Hey! Baby (Dirty Dancing) (1).mp3 | Dirty Dancing | 2,248KB | Audio |
| anonymous_user@KaZaA | Three Six Mafia - Just Another Crazy Click.mp3 | Three Six Mafia f/ ICP, Tw... | 3,702KB | Audio |
| anonymous_user@KaZaA | dmx-they_want_war_(dissin_ja_rule).mp3 | DMX | 3,202KB | Audio |
| anonymous_user@KaZaA | Eric Clapton - 09 - Kind Hearted Woman Blues.mp3 | eric clapton | 5,922KB | Audio |
| anonymous_user@KaZaA | Twiztid-FreekShow-2-Mutant X.mp3 | Twiztid | 2,214KB | Audio |
| anonymous_user@KaZaA | Kottonmouth Kings - Day Dreamin' Fazes.mp3 | Kotton Mouth Kings | 3,776KB | Audio |
| anonymous_user@KaZaA | Duprees - My Own True Love.mp3 | The Duprees | 2,314KB | Audio |
| anonymous_user@KaZaA | Slow Songs - Jon B.mp3 | babyface and jon b | 3,741KB | Audio |
| anonymous_user@KaZaA | Slow songs-Chris Isaak - I Wanna Fall in Love.mp3 | Chris Isaak | 3,840KB | Audio |
| anonymous_user@KaZaA | Primus - Dueling Banjos (LIVE).mp3 | Primus | 1,008KB | Audio |
| anonymous_user@KaZaA | prize fighter Tupac feat. DMX - No Love for Me .mp3 | prize fighter Tupac feat. ... | 2,951KB | Audio |
| anonymous_user@KaZaA | Slow Jams- Mariah Carey _Luther Vandross - Endless Love... | Luther Vandross _Mariah... | 4,035KB | Audio |
| anonymous_user@KaZaA | Slow Jams- Always_Forever.mp3 | Various Artists | 4,384KB | Audio |
| anonymous_user@KaZaA | kc and jo jo - all my life.mp3 | KC and Jo Jo | 3,455KB | Audio |
| anonymous_user@KaZaA | DMX - Rough Riders.mp3 | DMX, Onyx, Def Squad, ... | 3,573KB | Audio |

My Participation Level: Low (1), Downloads: 0, Uploads: 0 | 2,133,395 users online, sharing 913,135,360 files (31,241,316 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | DMX - Rough Riders.mp3 | DMX, Onyx, Def Squad, ... | 3,573KB | Audio |
| anonymous_user@KaZaA | DMX - The Prayer IV.mp3 | DMX | 1,626KB | Audio |
| anonymous_user@KaZaA | Rap - Tu Pac - all eyes on me.mp3 | TuPac | 4,522KB | Audio |
| anonymous_user@KaZaA | Onyx f. DMX - Shut Em Down.mp3 | Onyx f. DMX | 3,661KB | Audio |
| anonymous_user@KaZaA | Boys II Men - I Swear.mp3 | Boys II Men | 3,408KB | Audio |
| anonymous_user@KaZaA | Comedy - Andrew Dice Clay - Big Dick Jokes.mp3 | Drew (Somebody) | 3,554KB | Audio |
| anonymous_user@KaZaA | Radiohead - Creep.mp3 | Radiohead | 3,699KB | Audio |
| anonymous_user@KaZaA | ICP Boogy Man.mp3 | ICP | 4,132KB | Audio |
| anonymous_user@KaZaA | pharcyde Wood Soundtrack - Back in the day.mp3 | ICP | 6,596KB | Audio |
| anonymous_user@KaZaA | ICP - Nothings Left.mp3 | Insane Clown Posse | 5,770KB | Audio |
| anonymous_user@KaZaA | ICP - Faygo Song.mp3 | INSANE CLOWN POSSE | 816KB | Audio |
| anonymous_user@KaZaA | Twizted - maniac.mp3 | Twiztid | 3,773KB | Audio |
| anonymous_user@KaZaA | love songs - old school - slow reggae vol - i wanna wake up.. | Love Songs | 3,488KB | Audio |
| anonymous_user@KaZaA | 16 - OPM - Heaven is a halfpipe.mp3 | Era | 3,988KB | Audio |
| anonymous_user@KaZaA | Pink Floyd- Us and Them.mp3 | Pink Floyd | 5,402KB | Audio |
| anonymous_user@KaZaA | Bad Ronald - 02 - Bad Idea.mp3 | Bad Ronald | 3,440KB | Audio |
| anonymous_user@KaZaA | Pink Floyd - Run Like Hell.mp3 | Pink Floyd | 4,102KB | Audio |
| anonymous_user@KaZaA | Richie Valens - We Belong Together.mp3 | Richie Valens | 1,901KB | Audio |
| anonymous_user@KaZaA | Shaggy - Angel (1).mp3 | Shaggy | 5,503KB | Audio |
| anonymous_user@KaZaA | 14 Heaven's Coming - Feb 19, 2002 20.15.28.wma | Wakefield | 1,761KB | Audio |
| anonymous_user@KaZaA | Bad Religon - We're Only Gonna Die.MP3 | Bad Religion | 2,146KB | Audio |
| anonymous_user@KaZaA | bad religon - this is hell.mp3 | Bad Religion | 2,052KB | Audio |
| anonymous_user@KaZaA | Pink Floyd - Empty Spaces.mp3 | Pink Floyd | 2,020KB | Audio |
| anonymous_user@KaZaA | Radiohead - Wish You Were Here.mp3 | Radiohead | 6,528KB | Audio |
| anonymous_user@KaZaA | Mudvayne - Pharmecopia (1).mp3 | Mudvane | 3,784KB | Audio |
| anonymous_user@KaZaA | Avenged Sevenfold - Warmness on the Soul.mp3 | Avenged Sevenfold | 4,068KB | Audio |
| anonymous_user@KaZaA | Mudvayne - Nothing to Gein.mp3 | Mudvayne | 5,138KB | Audio |
| anonymous_user@KaZaA | 50 Cent - Diss Ja Rule 2.mp3 | Ja Rule | 3,434KB | Audio |
| anonymous_user@KaZaA | Bad Religon - American Jesus.mp3 | Bad Religion | 3,087KB | Audio |

My Participation Level: Low (1), Downloads: 0, Uploads: 0 | 2,133,395 users online, sharing 913,135,360 files (31,241,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| anonymous_user@KaZaA | Bad Religon - American Jesus.mp3 | Bad Religion | 3,087KB | Audio | |
| anonymous_user@KaZaA | diss jarule 2 50cent (1).mp3 | Ja Rule | 3,434KB | Audio | |
| anonymous_user@KaZaA | House Of Pain - Who's The Man.mp3 | House Of Pain | 3,809KB | Audio | |
| anonymous_user@KaZaA | Christmas - Funny - Ho Ho Fucking Ho.mp3 | Christmas Songs | 1,158KB | Audio | |
| anonymous_user@KaZaA | Heat (Ja Rule Diss) 1.mp3 | Ja Rule | 4,191KB | Audio | |
| anonymous_user@KaZaA | OZZY - WALK ON WATER.mp3 | Ozzy Osbourne | 4,056KB | Audio | |
| anonymous_user@KaZaA | Yellow Snow.mp3 | Bob Rivers | 2,330KB | Audio | |
| 2 Users | CHRISTMAS FUNNY Grab Your Balls.mp3 | Christmas Songs-dirty | 1,075KB | Audio | |
| anonymous_user@KaZaA | funny- Frosty the dope man.mp3 | Christmas Songs-dirty | 2,752KB | Audio | |
| anonymous_user@KaZaA | Christmas Humor - 12 Annoying Things at Christmas.mp3 | Christmas Songs | 3,380KB | Audio | 12 annoying |
| anonymous_user@KaZaA | Bob Rivers - Leroy The Redneck Reindeer.mp3 | Funny Songs | 3,089KB | Audio | Leroy The |
| anonymous_user@KaZaA | larry the cable guy - Twisted Christmas Carols.mp3 | Larry The Cable Guy | 2,462KB | Audio | Twiste |
| anonymous_user@KaZaA | Christmas Songs-John Valby - Rum-Pum-Pum.mp3 | Dr Dirty | 1,274KB | Audio | |
| anonymous_user@KaZaA | I want a Hippo for Christmas.mp3 | Funny Songs | 2,469KB | Audio | I Want A Hippopo |
| anonymous_user@KaZaA | 50 Cent,Eminem_Busta Rhymes - Hail Mary (Full Version) ... | 50 Cent,Eminem,Busta | 4,948KB | Audio | Hail |
| anonymous_user@KaZaA | 50 Cent - Ja Rule.mp3 | Murder Inc | 3,601KB | Audio | |
| anonymous_user@KaZaA | OK Go - Get Over It.mp3 | OK Go | 3,076KB | Audio | |
| anonymous_user@KaZaA | Oar - About An Hour Ago.mp3 | O.A.R. | 3,824KB | Audio | |
| anonymous_user@KaZaA | Toto - Africa.mp3 | Toto | 4,094KB | Audio | |
| anonymous_user@KaZaA | One Hit Wonder - 80's One Hit Wonders - Come On Eileen.... | One Hit Wonder | 3,873KB | Audio | |
| anonymous_user@KaZaA | (Herman's Hermits) - What A Wonderful World.mp3 | Herman's Hermits | 1,925KB | Audio | What |
| anonymous_user@KaZaA | Greatful Dead - I Fought the Law.mp3 | Greatful Dead | 2,903KB | Audio | |
| anonymous_user@KaZaA | Johnny Cash - Casey Jones.mp3 | Greatful Dead | 2,820KB | Audio | |
| anonymous_user@KaZaA | Cowsills - Hair.mp3 | Cowsills | 3,326KB | Audio | |
| anonymous_user@KaZaA | Men At Work - Land Down Under.mp3 | Men at Work | 3,520KB | Audio | |
| anonymous_user@KaZaA | Jesse's Girl.mp3 | Rick Springfield | 2,254KB | Audio | |
| anonymous_user@KaZaA | 80s Soft Rock- Cyndi Lauper- Time After Ti.mp3 | 80's Music | 3,302KB | Audio | |
| anonymous_user@KaZaA | Ramones - My Sharona.mp3 | Ramones | 4,630KB | Audio | |
| anonymous_user@KaZaA | 80's-Queen - We Will Rock You, We are the Champions.mp3 | 80's | 4,735KB | Audio | We Will Rock You, We |

My Participation Level: Low (1), Downloads: 0, Uploads: 0 | 2,133,395 users online, sharing 913,135,360 files (51,241,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| anonymous_user@KaZaA | 80's-Queen - We Will Rock You, We are the Champions.mp3 | 80's | 4,735KB | Audio | We Will Rock You, We |
| anonymous_user@KaZaA | ACDC - Shoot To Thrill.mp3 | AC/DC | 4,961KB | Audio | |
| anonymous_user@KaZaA | Dr. Hook - Mr Bojangles .mp3 | Bob Dylan | 2,551KB | Audio | |
| anonymous_user@KaZaA | (Punk Rock) 80'sB52's I Touch Myself.mp3 | Divinyls | 3,060KB | Audio | |
| anonymous_user@KaZaA | Johnny Cash - Green Beret.mp3 | Jonny Cash, | 2,352KB | Audio | |
| anonymous_user@KaZaA | Falco - Rock Me Amadeus (Extended Dance Mix).mp3 | A | 7,868KB | Audio | |
| anonymous_user@KaZaA | Hans Zimmer - The Rock - Navy Seals theme.mp3 | Theme | 9,558KB | Audio | Navy |
| anonymous_user@KaZaA | Queen - Radio Ga Ga.mp3 | Queen | 5,441KB | Audio | |
| anonymous_user@KaZaA | Drunk - OAR (1).mp3 | Oar | 2,702KB | Audio | |
| anonymous_user@KaZaA | Cowsills - Running Bear.mp3 | The Cowsills | 2,484KB | Audio | |
| anonymous_user@KaZaA | barry sadler - ballad of the green beret.mp3 | SSG Barry Sadler | 2,947KB | Audio | Ballad O |
| anonymous_user@KaZaA | one hit wonders - louie louie (1).mp3 | Oldies | 2,588KB | Audio | |
| anonymous_user@KaZaA | 80's rock-twisted sister-come on feel the noise.MP3 | Twisted Sister | 4,066KB | Audio | Com |
| anonymous_user@KaZaA | 80's Rock-Def Leopard - Pour Some Sugar On Me.mp3 | A+ | 4,579KB | Audio | Pour |
| anonymous_user@KaZaA | DJ Whoo Kid - THE REALEST KILLAS.mp3 | 50cent feat. Tupac | 3,435KB | Audio | THE REALEST K |
| anonymous_user@KaZaA | Bangles - I Want Candy.mp3 | Bangles | 1,984KB | Audio | |
| anonymous_user@KaZaA | 70'S_80'S ROCK - Twisted Sister -- Were Not Gonna Take I... | Twisted Sisters | 5,137KB | Audio | We're |
| anonymous_user@KaZaA | funny-xmas-Joy To The Girls.mp3 | Dirty Christmas songs | 988KB | Audio | |
| anonymous_user@KaZaA | Christian - rap - Gospel Gangstas - I Can See Clearly Now... | Gospel Gangstas | 2,424KB | Audio | |
| anonymous_user@KaZaA | The Cure - Tainted Love.mp3 | The Cure | 1,812KB | Audio | |
| anonymous_user@KaZaA | Larry The Cable Guy My Nuts Are Roasted.mp3 | Larry The Cable Guy | 643KB | Audio | |
| anonymous_user@KaZaA | Weird Al Yankovich -- Walking Around In Womens Underwe... | Dirty Christmas songs | 1,746KB | Audio | Walking Around In W |
| anonymous_user@KaZaA | Vapors - Turning Japanese.mp3 | Vapors | 3,544KB | Audio | |
| anonymous_user@KaZaA | Bob Rivers - Little Hummer Girl.mp3 | Bob Rivers | 1,950KB | Audio | |
| anonymous_user@KaZaA | Christmas - Funny - I Saw Daddy Kissing Santa Claus.mp3 | Dirty Christmas songs | 2,698KB | Audio | I Saw Daddy K |
| anonymous_user@KaZaA | South Park Mexicans (SPM) - Wiggy Wiggy.mp3 | South Park Mexicans (SP... | 4,283KB | Audio | |
| anonymous_user@KaZaA | Frosty the pervert.mp3 | Dirty Christmas Songs | 2,283KB | Audio | |
| anonymous_user@KaZaA | Comedy - Christmas XXX I Saw Mommy Fucking Santa Clau... | Bob Rivers | 2,304KB | Audio | I Saw Mommy Fu |
| anonymous_user@KaZaA | Bob Rivers - Who Put The Stump In My Rump.mp3 | Dirty Christmas Songs | 2,771KB | Audio | Bob Rivers-Who Put The |

My Participation Level: Low (1), Downloads: 0, Uploads: 0 | 2,133,395 users online, sharing 913,135,360 files (31,241,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| anonymous_user@KaZaA | Bob Rivers - Who Put The Stump In My Rump.mp3 | Dirty Christmas Songs | 2,771KB | Audio | Bob Rivers-Who Put The |
| anonymous_user@KaZaA | Kotton Mouth Kings - Good As Gold.mp3 | Kottonmouth Kings | 3,717KB | Audio | |
| anonymous_user@KaZaA | Beatles Cover - White Zombie - Helter Skelter.mp3 | White Zombie | 1,002KB | Audio | |
| anonymous_user@KaZaA | White Zombie - Acid trip.mp3 | Rob Zombie | 3,197KB | Audio | |
| anonymous_user@KaZaA | Rob Zombie - Dragula.mp3 | Rob Zombie | 3,482KB | Audio | |
| anonymous_user@KaZaA | Rob Zombie - I am Hell.mp3 | White Zombie | 3,407KB | Audio | |
| anonymous_user@KaZaA | Slipknot - wait and bleed.mp3 | Slipknot | 5,960KB | Audio | |
| anonymous_user@KaZaA | Greatful Dead - I Will Get By.mp3 | Greatful Dead | 5,453KB | Audio | |
| anonymous_user@KaZaA | Afro Man - Light The Weed, Tap The Keg.mp3 | Afroman | 3,584KB | Audio | Light The |
| anonymous_user@KaZaA | 08 Track 8 (1).wma | Sublime | 2,030KB | Audio | |
| anonymous_user@KaZaA | 08-the_roots-the_seed_2.0_ft_cody_chesnutt-swe.mp3 | The Roots | 6,282KB | Audio | The Seed 2.0 |
| anonymous_user@KaZaA | 01 - Garden Grove.mp3 | Sublime | 3,065KB | Audio | |
| anonymous_user@KaZaA | Sublime - Down in Mississippi.mp3 | Sublime | 1,834KB | Audio | |
| anonymous_user@KaZaA | (14) 50 Cent - 21 Questions (ft. Nate Dogg).wma | 50 Cent | 2,214KB | Audio | 21 Questic |
| anonymous_user@KaZaA | Sublime - Pawn Shop.mp3 | Sublime | 5,721KB | Audio | |
| anonymous_user@KaZaA | Sublime - Badfish.mp3 | Sublime | 2,919KB | Audio | |
| anonymous_user@KaZaA | KottonMouth Kings - psycadelic funk.mp3 | Kotton Mouth Kings | 3,504KB | Audio | |
| anonymous_user@KaZaA | Gwar - Fucking An Animal.mp3 | Gwar | 2,948KB | Audio | |
| anonymous_user@KaZaA | Lincoln Park - crawl.mp3 | Linkin Park | 4,898KB | Audio | |
| anonymous_user@KaZaA | Ludacris - Move Bitch.mp3 | Ludacris | 6,055KB | Audio | |
| anonymous_user@KaZaA | CKY - 96 Quite Bitter Beings.mp3 | CKY | 3,154KB | Audio | |
| anonymous_user@KaZaA | Lucky Boys Confusion - Our Favorite Song.mp3 | Lucky Boys Confusion | 2,206KB | Audio | |
| anonymous_user@KaZaA | Hey_Driver.mp3 | Lucky Boys Confusion | 2,438KB | Audio | |
| anonymous_user@KaZaA | Cky-Smoking Pot.mp3 | CKY | 3,067KB | Audio | |
| anonymous_user@KaZaA | cky - escape from hellview.wma | CKY | 1,763KB | Audio | |
| anonymous_user@KaZaA | beastie boys - tricky.mp3 | Beastie Boys | 2,494KB | Audio | |
| anonymous_user@KaZaA | Misfits - Die Die My Darling.mp3 | Misfits | 2,954KB | Audio | |
| anonymous_user@KaZaA | Onyx - Slam Harder.mp3 | Onyx | 4,326KB | Audio | |
| anonymous_user@KaZaA | Gwar - Sadam A Go Go.mp3 | GWAR | 3,535KB | Audio | |

[redacted]

My Participation Level: Low (1), Downloads: 0, Uploads: 0 | 2,133,396 users online, sharing 913,135,360 files (31,241,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| anonymous_user@KaZaA | Onyx - Slam Harder.mp3 | Onyx | 4,326KB | Audio | |
| anonymous_user@KaZaA | Gwar - Sadam A Go Go.mp3 | GWAR | 3,525KB | Audio | |
| anonymous_user@KaZaA | Gwar - Slaughterama.mp3 | GWAR | 4,750KB | Audio | |
| anonymous_user@KaZaA | misfits - scream (1).mp3 | Misfits | 3,595KB | Audio | |
| anonymous_user@KaZaA | Cypress Hill- (Rock) Superstar.wma | Cypress Hill | 6,537KB | Audio | |
| anonymous_user@KaZaA | Pink Floyd - Wish You Were Here.mp3 | PinkFloyd | 4,310KB | Audio | |
| anonymous_user@KaZaA | 18 - COOL ENOUGH.mp3 | SPM | 2,829KB | Audio | |
| anonymous_user@KaZaA | SPM - Cool Enough.mp3 | SPM with J.C. | 3,660KB | Audio | |
| anonymous_user@KaZaA | No Problem.WMA | Lil Scrappy | 3,387KB | Audio | |
| anonymous_user@KaZaA | Adam Sandler - Pot Song.mp3 | Adam Sandler | 2,074KB | Audio | |
| anonymous_user@KaZaA | Pitbull and Lil Jon - Culo.mp3 | 3 | 3,990KB | Audio | |
| anonymous_user@KaZaA | 50 CENT - Ja Rule Skit 2.mp3 | G Unit | 973KB | Audio | |
| anonymous_user@KaZaA | 50 Cent-Skit 3(Ja Rule Diss).mp3 | G Unit | 1,242KB | Audio | |
| anonymous_user@KaZaA | Bad Religon 06 - World War III.mp3 | Bad Religion | 907KB | Audio | |
| anonymous_user@KaZaA | Frank Sinatra With Bono - Ive Got You Under My Skin.mp3 | Frank Sinatra | 3,324KB | Audio | I've got Soul |
| anonymous_user@KaZaA | Union Underground - South Texas Deathride.mp3 | Union Underground | 3,193KB | Audio | |
| anonymous_user@KaZaA | Mad professor - Freaky girl.mp3 | Mad Professor | 3,142KB | Audio | |
| anonymous_user@KaZaA | Tech Nine - Soldiers At War.mp3 | Tech N9ne | 4,548KB | Audio | |
| anonymous_user@KaZaA | I'm A Playa.mp3 | Tech N9ne | 4,658KB | Audio | |
| anonymous_user@KaZaA | Violent Femmes - Blister in the Sun.mp3 | Violent Femmes | 2,257KB | Audio | |
| anonymous_user@KaZaA | Tech n9ne-Einstein.mp3 | Tech n9ne | 3,250KB | Audio | |
| anonymous_user@KaZaA | L7 - Shitlist.mp3 | L7 | 2,606KB | Audio | |
| anonymous_user@KaZaA | Im_Not_Okay_(I_Promise).mp3 | My Chemical Romance | 4,420KB | Audio | I'm No |
| anonymous_user@KaZaA | NWA- N`tural Born Killers.mp3 | Dr. Dre and Ice Cube | 4,551KB | Audio | |
| anonymous_user@KaZaA | Sublime - Caress Me Down (1).mp3 | Sublime | 3,309KB | Audio | |
| anonymous_user@KaZaA | John Lennon - Beautiful Boy.mp3 | John Lennon | 3,813KB | Audio | |
| anonymous_user@KaZaA | WWE Backlash 2004 - Randy Orton vs. Mick Foley - No Hol... | Unknown | 39,062KB | Video | WWE Backlash 2004 - Randy Orton |
| anonymous_user@KaZaA | WWF - Y2J beats HHH for the title.mpeg | WWE | 4,827KB | Video | |
| anonymous_user@KaZaA | WWE Survivor Series 2004 Team Orton vs Team Triple H.... | WWE | 49,035KB | Video | Team O |

My Participation Level: Low (1), Downloads: 0, Uploads: 0 | 2,153,395 users online, sharing 913,135,960 files (31,241,216 GB) | Not sharing any files