UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation, | CIVIL ACTION FILE |
| Plaintiffs, | No. ______________________ |
| v. | |
| STEPHANIE LAROCK, | |
| Defendant. | |

**NOTICE OF RELATED ACTIONS OR PROCEEDINGS**

Pursuant to Local Rule 9.1, Plaintiffs identify below those cases pending before another tribunal in the District of Rhode Island, including the case name, tribunal before which it is pending, and the claim, occurrence, or event pending before that tribunal.

CA 05-473-T, CA 06-119-S, CA 06-124-ML, CA 06-184-S, CA 06-186-S, CA 06-188-T, CA 06-189-T, CA 06-236-S, CA 06-237-T, CA 06-238-T, CA 06-239-T, CA 06-240-S, CA 06-242-ML, CA 06-244-S, CA 06-245-T, CA 06-246-ML, CA 06-248-S, CA 06-249-S, CA 06-250-T, CA 06-325-S, CA 06-326-T, CA 06-356-ML, CA 06-357-T, CA 06-358-ML, CA 06-383-T CA 06-384-ML, CA 06-415-ML, CA 06-416-S, CA 06-417-S, CA 06-444-T, CA 06-445-ML, CA 06-515-S, CA 06-516-T, CA 06-518-T, CA 06-530, CA 06-549, CA 06-550; CA 07-002-ML.

Respectfully submitted,

DATED: January 16, 2007

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for SONY BMG MUSIC ENTERTAINMENT; CAPITOL RECORDS, INC.; ATLANTIC RECORDING CORPORATION; UMG RECORDINGS, INC.; and WARNER BROS. RECORDS INC.