UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Sony BMG, et al
Plaintiff

v.

C.A. No. 07-19S

Stephanie Larock
Defendant

**SHOW CAUSE ORDER**

On or before **May 24, 2007** the plaintiff is hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution. Failure to comply will result in dismissal.

By Order,

Deputy Clerk

ENTER:

William E. Smith
US District Judge

Date: 5/4/07

FORMS/SHWCAUS2.ORD