IN THE
UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **SONY BMG MUSIC ENTERTAINMENT, A DELAWARE GENERAL PARTNERSHIP; ET AL.,**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**STEPHANIE LAROCK**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **CA 07 019S**<br><br>DECLARATION OF SERVICE OF:<br>**NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CERTIFICATION OF INTERESTED PARTIES; NOTICE OF RELATED ACTIONS OR PROCEEDINGS** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **5th day of February, 2007, at 11:55 AM**, at the address of **199 O'CONNELL, NEWPORT, Newport** County, **RI 02840**; this declarant served the above described documents upon **STEPHANIE LAROCK**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **STEPHANIE LAROCK, NAMED DEFENDANT, A white female approx. 25-30 years of age 5'4"-5'6" in height weighing 200-220 lbs with brown hair**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Rhode Island** that the statement above is true and correct.

DATED this **6th day of February, 2007.**

Natale Lapriore

**Natale Lapriore**

ABC's Client Name
**Holme, Roberts & Owen RIAA (PFI)**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **4257787**

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of Summons and Complaint was made by me [1] DATE: 2/05/07 @ 1155Am

NAME OF SERVER (*PRINT*) Natale Lapriore TITLE: Process Server

*Check one box below to indicate appropriate method of service.*

☒ Served personally upon the defendant. Place where served: TJ MAX, 199 O'CONNELL, Newport, RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing there in.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (*specify*):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing Information Contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 2/05/07
Dated

Natale Lapriore
Signature of Server

ABC Legal Services, Inc.
633 Yesler Way
Seattle, Washington 98104
Address of Server

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.