**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
***(Domestic Mail Only; No Insurance Coverage Provided)***

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .63 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 2.88 |

USPS NORTH KINGSTOWN RI 02852

Sent To: Stephanie LARCC[illegible]

Street, Apt. No.; or PO Box No.: 39 Rhode Island Ave Apt 1

City, State, ZIP+4: Newport RI 02840

PS Form 3800, August 2006 See Reverse for Instructions

7007 0220 0003 3061 3271

7007 0220 0003 3061 3271

**CERTIFIED MAIL™**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE