UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHANIE LAROCK,<br><br>Defendant. | Case No.: 1:07-cv-00019-S-LDA |

## NOTICE OF ENTRY OF DEFAULT BY CLERK

TO DEFENDANT :

PLEASE TAKE NOTICE that, on May 9, 2007 , the Clerk of the Court entered the default of Defendant. A copy of the Default By Clerk is attached hereto as Exhibit A, and incorporated herein by this reference.

By: /s/James E. O'Neil, Esq.

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for SONY BMG MUSIC ENTERTAINMENT; CAPITOL RECORDS, INC.; ATLANTIC RECORDING CORPORATION; UMG RECORDINGS, INC.; and WARNER BROS. RECORDS INC.

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 24th day of July, 2007 I mailed a true and accurate copy of the within Notice of Entry of Default by Clerk first class, postage prepaid to Ms. Stephanie Larock, 39 Rhode Island Ave. Apt. 1, Newport, RI 02840-2656.

/s/James E. O'Neil, Esq.
James E. O'Neil, Esq.