U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

NEWPORT RI 02840

| | | |
|---|---|---|
| Postage | $ $0.92 | 0852 |
| Certified Fee | $2.65 | 02 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.72 | 07/24/2007 |

7007 0220 0003 3062 2341

Sent To Stephanie Lancelle
Street, Apt. No.; or PO Box No. 199 OConnell
City, State, ZIP+4 Newport RI 02840

PS Form 3800, August 2006 See Reverse for Instructions