UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHANIE LAROCK,<br><br>Defendant. | Case No.: 1:07-cv-00019-S-LDA<br><br>Hon. William E. Smith |

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Seven Thousand Five Hundred Dollars ($7,500.00).

2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "I Knew I Loved You," on album "Affirmation," by artist "Savage Garden" (SR# 276-120);
- "Jungle Love," on album "Book of Dreams," by artist "Steve Miller Band" (SR# N42553);
- "Heaven Is A Halfpipe," on album "Menace To Sobriety," by artist "OPM" (SR# 303-751);
- "Love Takes Time," on album "Mariah Carey," by artist "Mariah Carey" (SR# 118-408);
- "Hell Yeah," on album "Hooray For Boobies," by artist "Bloodhound Gang" (SR# 278-185);
- "Killing in the Name," on album "Rage Against the Machine," by artist "Rage Against the Machine" (SR# 152-061);
- "Hey Man, Nice Shot," on album "Short Bus," by artist "Filter" (SR# 193-079);
- "Caress Me Down," on album "Sublime," by artist "Sublime" (SR# 224-105);
- "Symphony of Destruction," on album "Countdown to Extinction," by artist "Megadeth" (SR# 175-385);
- "Empty Spaces," on album "The Wall," by artist "Pink Floyd" (SR# 14-787);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e.,

upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: 8/20/07

By: WESmith
Hon. William E. Smith
United States District Judge